IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

| | |
|---|---|
| MARGARET CRAIG, as next of kin and personal representative of the estate of Angela Hulsey, ) ) ) ) | |
| Plaintiff, ) ) | Docket No.: 3:17-cv-01335 |
| v. ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| CHEATHAM COUNTY, TENNESSEE, BEN MOORE, KEITH RAKES, STEPHANIE GIZZI-BELL, MARK BRYANT, JESSICA PLANK, and JOHN DOES 1 and 2, ) ) ) ) ) ) | JURY DEMAND |
| Defendants. ) | |

### STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT KEITH RAKES

Defendant, Keith Rakes, in his individual capacity, by and through undersigned counsel, hereby file the following statement of undisputed facts in support of his motion for summary judgment.

1. On or about September 28, 2016, Defendant Rakes fractured his left hand requiring medical treatment. (Declaration of Keith Rakes, ¶ 4).

**RESPONSE:**

2. Defendant Rakes requested medical leave pursuant to the Family Medical Leave Act ("FMLA") which effectively began to run October 1, 2016. (Declaration of Keith Rakes, ¶ 5, Exhibit B, FMLA Request).

**RESPONSE:**


3. Defendant Rakes did not work from the date of his injury until his return to work on December 14, 2016. (Declaration of Keith Rakes, ¶ 8, Collective Exhibit C, Timesheets).

**RESPONSE:**


4. During Defendant Rakes medical leave from work, on or about October 6, 2016, Ms. Hulsey was a pre-trial detainee being held by the Cheatham County Sheriff's Office. (Complaint, ¶ 5.1).

**RESPONSE:**


5. On October 12, 2016, Ms. Hulsey became unresponsive and was taken by ambulance to Skyline Medical Center. (Complaint, ¶ 5.7).

**RESPONSE:**

6. Ms. Hulsey passed away two weeks later, on October 26, 2016. (Complaint, ¶ 5.10).

**RESPONSE:**

7. On January 13, 2017, Defendant Rakes resigned his employment with Cheatham County effective January 25, 2017. (Declaration of Keith Rakes, ¶ 9).

**RESPONSE:**

8. At no time did Defendant Rakes authorize County Attorney Bligh to accept service of process on his behalf. (Declaration of Keith Rakes, ¶ 10).

**RESPONSE:**

9. To date, Defendant Rakes has never been served with process in this case. (Declaration of Keith Rakes, ¶ 10).

**RESPONSE:**

Respectfully submitted,

/s/Robyn Beale Williams
Robyn Beale Williams, BPR #19736
Cassandra M. Crane, BPR 034889
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
(615) 254-3060
(615) 254-9835 Fax
robyn.williams@farrar-bates.com
cassandra.crane@farrar-bates.com
*Counsel for Defendants Mark Bryant, Stephanie Gizzi-Bell, Ben Moore, and Keith Rakes*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of February 2018, a true and correct copy of the foregoing has been forwarded via the Court's electronic notice system to:

James Bryan Moseley
**MOSELEY & MOSELEY**
Attorneys at Law
237 Castlewood Drive, Suite D
Murfreesboro, Tennessee 37129
Phone: 615-254-0140
Fax: 615-244-2270
*Counsel for Plaintiff*

Raymond T. Throckmorton, III
2016 8th Ave. South
Nashville, TN 37203
Phone: 615-297-1009
Fax: 615-297-9007
*Counsel for Plaintiff*

Terrance E. McNabb
1018 Industrial Road, Suite 104
Pleasant View, TN 37146-7198
Phone: 615-746-2121
*Counsel for Plaintiff*

Brent S. Usery
**SPICER RUDSTROM, PLLC**
Bank of America Plaza
414 Union Street, Suite 1700
Nashville, Tennessee 37219
*Counsel for Defendant Jessica Plank*

Kelly M. Telfeyan
**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 800
Nashville, TN 37219
*Counsel for Defendant Cheatham County*

/s/ Robyn Beale Williams
Robyn Beale Williams