# LAW OFFICE

## TERRANCE E. MCNABB

1018 INDUSTRIAL DRIVE
SUITE 104
PLEASANT VIEW, TN 37146
t.mcnabb168@gmail.com

Phone: 615-746-2121
Fax: 615-746-2171
email:

November 15, 2016

Mike Breedlove
Sheriff of Cheatham County TN
200 Court Street
Ashland City, TN 37015

Dear Sheriff Breedlove:

Our Office Represents the family of Angela Brewer Hulsey.

Consider this formal Notice Not to destroy, alter or interfere with Any Records, Documents, recordings or evidence of any Nature regarding the admission, Incarceration or release from custody of Mrs. Hulsey from your jail from October 6, 2016 Until release on October 12, 2016.

Also will you please furnish me with a Copy of your jail policies and names of all Your personnel on duty during Ms. Hulsey's incarceration on the above dates.

Respectfully,

*[signature]*

Terrance E. McNabb

cc: Mike Bligh, Attorney

**From:** Terry McNabb <t.mcnabb168@gmail.com>
**Sent:** Friday, August 4, 2017 12:07 PM
**To:** Mike Breedlove
**Subject:** Re: Angela Brewew Hulsey

Pursuant to Tennessee Open Records Act I need all the jail records on Ms Hulsey, list of all personnel on duty during her last incarceration at your jail and her jail medical records. Also all items you have already told me you would get for me. Thank you Terry McNabb.

Sent from my iPhone


On Nov 15, 2016, at 3:31 PM, Mike Breedlove <mike.breedlove@cheathamcountytn.gov> wrote:

Mr. McNabb,

Per your faxed letter sent November 15, 2016, I will direct Jail Administrator JJ Hannah to gather any and all pertinent records, recordings, and videos along with the personnel roster from October 6-12, 2016 regarding Angela Hulsey.

Once everything is collected, we will contact your office.

Sincerely,


Sheriff Breedlove

**From:** Mike Breedlove <mike.breedlove@cheathamcountytn.gov>
**Date:** August 7, 2017 at 9:42:00 AM CDT
**To:** Terry McNabb <t.mcnabb168@gmail.com>
**Subject: Re: Angela Brewew Hulsey**

Will do

---

**From:** Terry McNabb <t.mcnabb168@gmail.com>
**Sent:** Monday, August 7, 2017 9:41 AM
**To:** Mike Breedlove
**Subject:** Re: Angela Brewew Hulsey

Per your request I am reaching out to get all my requested info on Angela Hulsey.

Sent from my iPhone

On Aug 4, 2017, at 4:36 PM, Mike Breedlove <mike.breedlove@cheathamcountytn.gov> wrote:

ok, first thing Monday morning please email me Terry

---

**From:** Terry McNabb <t.mcnabb168@gmail.com>
**Sent:** Friday, August 4, 2017 4:24 PM
**To:** Mike Breedlove
**Subject:** Re: Angela Brewew Hulsey

No.

Sent from my iPhone

On Aug 4, 2017, at 1:37 PM, Mike Breedlove <mike.breedlove@cheathamcountytn.gov> wrote:

Terry,

Did JJ Hannah not send you the records from your November 15, 2016 request?