# Observation Cell Record

Inmate Name: _Angela Hulsey_  Cell: _3_

Date/Time Placed in Cell _____  Placed in Cell by: _____

Basis for Placement (circle) (Medical Observation) Detoxification  Suicide Precautions

Officer Notified: _____  Date and Time: _10-10-16_

Observation Frequency: _____

| Monitoring Log | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity Codes: 1=Check, 2=Yelling, 3=Crying, 4=Sleeping, 5=Quiet, 6=Relaxed, 7=Walking, 8=Sitting, 9=Fluids accepted, 10=Fluids refused, 11=Meal accepted, 12=Meal rejected, 13=Shower, 14=Toilet, 15=Nurse visit, 16=Range of motion, 17=Doctor visit | | | | | | | | | | | |
| Date | Time | Activity | Initials | Date | Time | Activity | Initials | Date | Time | Activity | Initials |
| 10-10 | 0940 | 1,8 | TB | | | | | | | | |
| 10-10 | 1015 | 1,8 | | | | | | | | | |
| 10-10 | 1086 | 1,8 | | | | | | | | | |
| 10-10 | 1117 | 1,4 | | | | | | | | | |
| 10-10 | 1136 | 1,4 | | | | | | | | | |
| 10-10 | 1150 | 1,11 | | | | | | | | | |
| 10-10 | 1215 | 1,8 | | | | | | | | | |
| 10-10 | 1238 | 1,13 | (TB) | | | | | | | | |
| 10-10 | 1325 | 1,8 | | | | | | | | | |
| 10-10 | 1338 | 1,8 | TB | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Date/Time Returned to General Population: _____  Approved by: _____

# ~~SUICIDE~~ *Medical* WATCH INMATE ACTIVITY LOG

OFFICERS ON SHIFT: Temple, King, Marriott, Goad, Key, Glrow, Myres

INMATE NAME: Angela Hulsey          DATE: 10-10-16     SHIFT: 2nd

| TIME | INMATE ACTIVITY | OFFICER |
|------|-----------------|---------|
| 1400 | Sitting at Booking Counter | JM |
| 1500 | se laying on mat | |
| 16.15 | in Shower | JG |
| 1700 | Sitting on Matt | JG |
| 1800 | laying on mat | JG |
| 1900 | Walking around Cell | Ah |
| 2016 | Laying on Math | RT |
| 2115 | LAYING ON MAT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REV. 02/23/16 (1/1)

# Observation Cell Record

Inmate Name: _Angela Hulsey_____ Cell: _3___

Date/Time Placed in Cell _____ Placed in Cell by: _____

Basis for Placement (circle)  Medical Observation   Detoxification   Suicide Precautions

Officer Notified:_____  Date and Time:_____

Observation Frequency: _1 hr_____

| Monitoring Log | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Activity Codes:** 1=Check, 2=Yelling, 3=Crying, 4=Sleeping, 5=Quiet, 6=Relaxed, 7=Walking, 8=Sitting, 9=Fluids accepted, 10=Fluids refused, 11=Meal accepted, 12=Meal rejected, 13=Shower, 14=Toilet, 15=Nurse visit, 16=Range of motion, 17=Doctor visit | | | | | | | | | | | |
| Date | Time | Activity | Initials | Date | Time | Activity | Initials | Date | Time | Activity | Initials |
| 10-10 | 1400 | 1, 5 | JM | | | | | | | | |
| 10-10 | 1500 | 1, 5 | OK | | | | | | | | |
| 10-10 | 1615 | 1, 13 | SG | | | | | | | | |
| 10-10 | 1700 | 1, 5 | SG | | | | | | | | |
| 10-10 | 1800 | 1, 5 | SG | | | | | | | | |
| | 1900 | 1, 7 | HB/HB | | | • | | | | | |
| | 1915 | 1, 7 | HB/HB | | | | | | | | |
| | 2016 | 1,5, 6 | RT | | | | | | | | |
| | 2115 | 1,5, 6 | HBC | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Date/Time Returned to General Population: _____  Approved by:_____

# Observation Cell Record

Inmate Name: Angela Hulsey     Cell: 3

Date/Time Placed in Cell _____ Placed in Cell by: _____

Basis for Placement (circle) (Medical Observation) Detoxification   Suicide Precautions

Officer Notified: _____ Date and Time: 10-10-16

Observation Frequency: 1 hour

## Monitoring Log

Activity Codes: 1=Check, 2=Yelling, 3=Crying, 4=Sleeping, 5=Quiet, 6=Relaxed, 7=Walking,
8=Sitting, 9=Fluids accepted, 10=Fluids refused, 11=Meal accepted, 12=Meal rejected,
13=Shower, 14=Toilet, 15=Nurse visit, 16=Range of motion, 17=Doctor visit

| Date | Time | Activity | Initials | Date | Time | Activity | Initials | Date | Time | Activity | Initials |
|------|------|----------|----------|------|------|----------|----------|------|------|----------|----------|
| 10-10 | 2200 | 1, 4 | RH | | | | | | | | |
| 10-10 | 2300 | 1, 4 | RH | | | | | | | | |
| 10-10 | 2319 | 1, 7 | RH | | | | | | | | |
| 10-11 | 0002 | 1, 4 | KB | | | | | | | | |
| 10-11 | 0107 | 1, 4 | KB | | | | | | | | |
| 10-11 | 0202 | 1, 4 | RL | | | | | | | | |
| 10-11 | 0325 | 1, 4 | KB | | | | | | | | |
| 10-11 | 0405 | 1, 4 | KB | | | | | | | | |
| 10-11 | 0415 | 1, 4 | KB | | | | | | | | |
| 10-11 | 0507 | 1, 4 | KB | | | | | | | | |
| 10-11 | 0540 | 1, 4 | JES | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Date/Time Returned to General Population: _____ Approved by: _____

# *Medical* WATCH INMATE ACTIVITY LOG

OFFICERS ON SHIFT: Sgt Barnum, FTO Burrey

INMATE NAME: Angela Hulse     DATE: 10-10-16     SHIFT: 3

| TIME | INMATE ACTIVITY | OFFICER |
|------|-----------------|---------|
| 2200 | Laying down awake | |
| 2300 | Laying down awake | |
| 2319 | Laying down cuddle | |
| 0002 | Laying down | |
| 0107 | Laying down | |
| 0202 | Laying down awake | |
| 0325 | Laying down awake | |
| 0405 | Laying down asleep | |
| 0415 | Laying down quiet | |
| 0507 | Laying down | |
| 0540 | LAYING DOWN | |

REV. 02/23/16 (1/1)

# Observation Cell Record

Inmate Name: _Hulsey, Angela_     Cell: _#3_

Date/Time Placed in Cell _10-11-16 @ 2150_     Placed in Cell by: _____

Basis for Placement (circle) (Medical Observation) Detoxification   Suicide Precautions

Officer Notified: _____     Date and Time: _____

Observation Frequency: _1 hour_

| Monitoring Log | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Activity Codes: 1=Check, 2=Yelling, 3=Crying, 4=Sleeping, 5=Quiet, 6=Relaxed, 7=Walking, 8=Sitting, 9=Fluids accepted, 10=Fluids refused, 11=Meal accepted, 12=Meal rejected, 13=Shower, 14=Toilet, 15=Nurse visit, 16=Range of motion, 17=Doctor visit** | | | | | | | | | | | |
| Date | Time | Activity | Initials | Date | Time | Activity | Initials | Date | Time | Activity | Initials |
| 10-11 | 2150 | 1, 3 | ✓ | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Date/Time Returned to General Population: _____   Approved by: _____

# MEDICAL WATCH INMATE ACTIVITY LOG

OFFICERS ON SHIFT: Cpl. Bryant, J. Key, J. Marriott,

INMATE NAME: Hulsey, Angela          DATE: 10-11-16          SHIFT: 2nd

| TIME | INMATE ACTIVITY | OFFICER |
|------|-----------------|---------|
| 2140 | Brought to booking for medical observation | |
| 2145 | Cpl. Bryant gave her the medication per nurse. | |
| 2150 | Placed in Cell #3 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REV. 02/23/16 (1/1)

# Observation Cell Record

Inmate Name: _Angela Hulsey_  Cell: _#3_

Date/Time Placed in Cell _____ Placed in Cell by: _Nurse Jessica_

Basis for Placement (circle)  Medical Observation  Detoxification  Suicide Precautions

Officer Notified:_____  Date and Time:_____

Observation Frequency: _1 hour_

| Monitoring Log | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Activity Codes: 1=Check, 2=Yelling, 3=Crying, 4=Sleeping, 5=Quiet, 6=Relaxed, 7=Walking, 8=Sitting, 9=Fluids accepted, 10=Fluids refused, 11=Meal accepted, 12=Meal rejected, 13=Shower, 14=Nurse visit, 15=Range of motion, 17=Doctor visit** | | | | | | | | | | | |
| Date | Time | Activity | Initials | Date | Time | Activity | Initials | Date | Time | Activity | Initials |
| 10/11 | 2200 | 1,5,6 | CW | | | | | | | | |
| 10/11 | 2300 | 1,5,6 | CW | | | | | | | | |
| 10/12 | 0001 | 1,5,6 | CW | | | | | | | | |
| 10/12 | 0100 | 1,5,6 | CW | | | | | | | | |
| 10/12 | 0200 | 1,5,6 | CW | | | | | | | | |
| 10/12 | 0301 | 1,5,6 | CW | | | | | | | | |
| 10/12 | 0409 | 1,5,48 | a | | | | | | | | |
| 10/12 | 0510 | 1,5,6 | CW | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Date/Time Returned to General Population: _____  Approved by:_____

# MEDICAL WATCH INMATE ACTIVITY LOG

OFFICERS ON SHIFT: Cpl Montgomery, Moeller, Haggerly, Blank, Sgt. Barnum

INMATE NAME: Angela Hulsey          DATE: 10-11-16          SHIFT: 3rd

| TIME | INMATE ACTIVITY | OFFICER |
|------|-----------------|---------|
| 2200 | Layin on mat | CM |
| 2300 | Layin down wants Ice (notes) | am |
| 0001 | layin on mat | am |
| 0100 | layin on mat | am |
| 0200 | layin on mat talking | am |
| 0301 | layin on mat | am |
| 0409 | Sittin mat getting ready to lay down | am |
| 0510 | Sittin on mat | am |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

REV. 02/23/16 (1/1)

# Observation Cell Record

Inmate Name: Angela Hulsey                     Cell: _____

Date/Time Placed in Cell _____ Placed in Cell by: _____

Basis for Placement (circle (Medical Observation)) Detoxification   Suicide Precautions

Officer Notified:_____ Date and Time:_____

Observation Frequency: 1 hour

| Monitoring Log | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity Codes: 1=Check, 2=Yelling, 3=Crying, 4=Sleeping, 5=Quiet, 6=Relaxed, 7=Walking, 8=Sitting, 9=Fluids accepted, 10=Fluids refused, 11=Meal accepted, 12=Meal rejected, 13=Shower, 14=Toilet, 15=Nurse visit, 16=Range of motion, 17=Doctor visit | | | | | | | | | | | |
| Date | Time | Activity | Initials | Date | Time | Activity | Initials | Date | Time | Activity | Initials |
| 10-12 | 0600 | 1,5 | TSR | | | | | | | | |
| 10-12 | 0652 | 1, 5 | DN | | | | | | | | |
| 10-12 | 0820 | 1, 8 | C | | | | | | | | |
| 10-12 | 0910 | 1,15 | C | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Date/Time Returned to General Population: _____ Approved by:_____

# MEDICAL WATCH INMATE ACTIVITY LOG

OFFICERS ON SHIFT: Moore, Reasonour, Scruggs, Hebert, Gizzibell

INMATE NAME: Angela Hulsey   DATE: 10-12-16   SHIFT: 1st

| TIME | INMATE ACTIVITY | OFFICER |
|------|-----------------|---------|
| 0600 | Laying on Mat | |
| 0650 | Sitting on mat | |
| 0812 | Sittn at comm, shakm | |
| 0910 | Sittn dan in cell, Quiet | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REV. 02/23/16 (1/1)

# Cheatham County Sheriff's Office

| Date | Day | Time | Location | Nature of Incident | Reporting Officer |
|------|-----|------|----------|--------------------|--------------------|
| 10/12/2016 | WEDNESDAY | 0911 | BOOKING/ CELL 3 | MEDICAL | CPL. BEN MOORE |

**Inmates Involved:**

ANGELA HULSEY

**Officers Involved:**

MOORE, GIZZI-BELL, HEBERT

### Narrative

INMATE HULSEY COMPLAINED EARLIER IN THE SHIFT THAT SHE WAS HAVING DIFFICULTIES BREATHING AND HER RIGHT SIDE WAS HURTING AND WAS VISIBLY SHAKING. I HELPED HER OUT OF THE CELL AND GAVE HER A CHAIR TO SIT IN AT THE BOOKING COUNTER. I NOTIFIED THE NURSE AT 0816 HRS, INMATE HULSEY'S BLOOD PRESSURE WAS TAKEN AND READ 110/60 PULSE 92 02 97. THE NURSE GAVE HULSEY 2 TYLENOL AND SHE WAS GIVEN A SHOWER BECAUE SHE HAD AN ACCIDENT IN HER UNIFORM. AFTER HER SHOWER SHE WAS PLACED BACK IN CELL 3 AWAITING TO SEE THE NURSE AND APPEARED TO BE FEELING BETTER. I WAS ALERTED BY OTHER INMATES IN CELL 3 AROUND 0911 HOURS THAT HULSEY WAS DROOLING AND WOULD NOT REPOND. MYSELF AND THE NURSE RESPONDED TO THE CELL AND MADE CONTACT WITH INMATE HULSEY, SHE WAS DROOLING AT THE MOUTH AND WAS NOT RESPONDING VERBALLY. I GRABBED AN AMMONIA INHALANT FROM THE OFFICE AND THE NURSE POPPED IT AND PLACED IT UNDER HULSEY'S NOSE, SHE DID NOT RESPOND TO THE AMMONIA. I GRABBED THE O2 METER FOR THE NURSE, AFTER THE 02 READING THE NURSE INSTRUCTED ME TO CALL EMS AND THE NURSE BEGAN CPR. I CALLED EMS AT 0912 HOURS AND THEY ARRIVED AT 0915 HOURS. AT 0920 INMATE HULSEY WAS LOADED UP AND TAKEN OUT OF THE JAIL BY EMS AND AT 0923 WAS TRANPORTED BY AMBULANCE TO SKYLINE MEDICAL IN NASHVILLE, DEPUTY HEBERT FOLLOWED. E.O.R.

**Action Taken:**

REPORT WRITTEN

| Officer Signature | Supervisor Signature | Date / Time Received |
|-------------------|----------------------|----------------------|
| *CPL. Ben Moore* | *CPL. Ben Moore* | 10/12/16 @ 1054 |

REV. 02/23/16 (1/1)

Apx: 8:30 Called to side of inmate: who was sitting at the booking counter handcuffed to bar.  Inmate reported not feeling well, and breathing heavily, V/S were taken  B/P 110/60, P 92, O2 97, R 18, IM reassured, and explained to slow her breathing that this would make her feel worse. Asked IM if she had eaten today,   she stated she could not eat as it was "going right through her" reminded IM that she must encourage herself to drink and eat as she can, as this was very important in making he feel better. To which IM did attempt to calm self.  Asked IM again if she had been using any drugs prior to coming in, and now states that she had used Heroin and fentanyl. She asked for Tylenol for head and discomfort, Two 325 mg Tylenol given.  At this time it was also noted that IM had a bowel movement on self, (See notes on Monday the 10th concerning ongoing issue with bowels) Explained to IM that I would have CO come and assist her with shower, and provided IM with Two Pull up style under garments, (one for after shower and one for later if needed.) Re-requested Booking sheet for IM of Corporal Moore, to follow up with Intake to get better idea of what is happening with IM. And advised IM will do Intake after she has completed shower.


It was noted that IM did participate in shower with CO to clean up and placed on undergarment.


Apx: 9:10 am Corporal Moore to cell 3 to "let IM Hulsey know to get ready for court" I did hear Corporal Moore call for her more than once, and I got up to see what was happening due to his repeated requests for her attention.


Upon entering cell, IM was sitting up, with legs crossed underneath her, with both hands between legs. She was noted to be drooling with head to the left, but was breathing. When spoken to she would blink eyes, but not verbally responsive. Requested gloves and ammonia capsule and pulse OX, to which she was non responsive to ammonia capsule. IM was then laid down on Left side being careful of her head as she was very close to the wall, after laying IM on side, It was noted that her Finger tips were cyanotic, did attempt pulse Ox but no reading noted, at this time, breathing attempts were noted to a agonal, pulse present but weak,   therefore, Called corporal for EMS, and started CPR, AED was not obtained by CO as Ambu bag was otained first and brought to cell, and EMS response was VERY quick (called 9:12 / In building and room at 9:15) CPR preformed as per policy, alternating with Rescue Breathing and Compressions. With use of Ambu Bag. Upon EMS arrival, they took over CPR, and used their AED, which advised NO Shock Needed (X2), and to continue CPR. At this time there appeared to be no change in IM condition.  EMS loaded IM to stretcher and applied an "automatic CPR" Belt style equipment to IM. She was loaded in ambulance at 9:23 am and taken to Local Hospital. At the time of writing of this report, I have been told per Corporal that reported to him that she was being transferred from Local Hospital (CMC Ashland City) that she is stable, and is being transferred to Skyline hospital in Nashville.

*Jessica Conrad*