# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET CRAIG, as next of kin and personal representative of the estate of Angela Hulsey, | )<br>)<br>)<br>) |
| Plaintiff, | ) Docket No.: 3:17-cv-01335 |
| v. | ) JUDGE CAMPBELL/<br>) MAGISTRATE JUDGE HOLMES |
| CHEATHAM COUNTY, TENNESSEE, BEN MOORE, MARK BRYANT; JESSICA PLANK; JUSTIN PAUL; TASHA BIGGS; HARLEY GEROW; and JEFF KEY, | )<br>) JURY DEMAND<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF DEFENDANTS MOORE, BRYANT, PAUL, BIGGS, GEROW-DURHAM, AND KEY

Defendants, Ben Moore, Mark Bryant, Justin Paul, Tashia Biggs, Harley Gerow-Durham, and Jeff Key, submit notice of filing the following documents in support of their Motion for Summary Judgment.

1. Declaration of Tashia Biggs;

2. Declaration of Harley Gerow-Durham;

3. Declaration of Jeff Key;

4. Declaration of Justin Paul;

5. Excerpts of the Deposition of Tashia Biggs;

6. Excerpts of the Deposition of Mark Bryant;

7. Excerpts of the Deposition of Margaret Craig;

8. Excerpts of the Deposition of Harley Gerow-Durham;

9. Excerpts of the Deposition of Stephanie Gizzi-Bell;

10. Excerpts of the Deposition of Jeffery Goad;

11. Excerpts of the Deposition of Jerry Dewayne Hulsey;

12. Excerpts of the Deposition of Jeff Key;

13. Excerpts of the Deposition of Ben Moore;

14. Excerpts of the Deposition of Dr. Rachel Nolan;

15. Excerpts of the Deposition of Justin Paul;

16. Excerpts of the Deposition of Jessica (Plank) Treichler;

17. Excerpts of the Deposition of Jeremy Shivers;

18. Plaintiff Margaret Craig's Response to Defendants Moore, Gizzi-Bell and Bryant's First Set of Interrogatories and Requests for Production of Documents, Interrogatory Response No. 4

Respectfully submitted,

*/s/Cassandra M. Crane*
Robyn Beale Williams, BPR #19736
Cassandra M. Crane, BPR 034889
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
(615) 254-3060
(615) 254-9835 Fax
robyn.williams@farrar-bates.com
cassandra.crane@farrar-bates.com
*Counsel for Defendants Mark Bryant, Ben Moore, Tasha Biggs, Jeff Key, Harley Gerow, and Justin Paul, in their individual capacities*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of June 2019, a true and correct copy of the foregoing has been forwarded via the Court's electronic notice system to:

James Bryan Moseley
**MOSELEY & MOSELEY**
Attorneys at Law
237 Castlewood Drive, Suite D
Murfreesboro, Tennessee 37129
Phone: 615-254-0140
Fax: 615-244-2270
*Counsel for Plaintiff*

Raymond T. Throckmorton, III
2016 8th Ave. South
Nashville, TN 37203
Phone: 615-297-1009
Fax: 615-297-9007
*Counsel for Plaintiff*

Brent S. Usery
**SPICER RUDSTROM, PLLC**
Bank of America Plaza
414 Union Street, Suite 1700
Nashville, Tennessee 37219
*Counsel for Defendant Jessica Plank*

Kelly M. Telfeyan
**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 800
Nashville, TN 37219
*Counsel for Defendant Cheatham County*

*/s/ Cassandra M. Crane*
Cassandra M. Crane