IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET CRAIG, as next of kin and personal representative of the estate of Angela Hulsey, | )<br>)<br>)<br>) |
| Plaintiff, | ) Docket No.: 3:17-cv-01335 |
| v. | ) JUDGE CAMPBELL/<br>) MAGISTRATE JUDGE HOLMES |
| CHEATHAM COUNTY, TENNESSEE, BEN MOORE, MARK BRYANT; JESSICA PLANK; JUSTIN PAUL; TASHA BIGGS; HARLEY GEROW; and JEFF KEY, | )<br>) JURY DEMAND<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DECLARATION OF HARLEY GEROW DURHAM

I, Harley Gerow Durham, having been duly sworn according to law, and based upon my personal knowledge state as follows:

1. I am over 18 years of age, and I have personal knowledge of the matters outlined below. With regard to this lawsuit, at no time did I authorize anyone to accept service on my behalf.

2. At the time of Angela Hulsey's incarceration, I was working within the jail as a corrections officer. However, I left Cheatham County in October 2017.

3. I did not have contact with the County or any employees about the lawsuit until I received a letter dated November 28, 2019, regarding Ms. William's representation of several individuals with whom I previously worked. This is how I first learned of the lawsuit regarding Angela Hulsey.

4.	I did not have an opportunity to read the first complaint filed in the lawsuit and I never had any reason to believe that I was intended to be part of that lawsuit. I also never thought that I had been mistakenly left out of the lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of June, 2019.

_____
**Harley Gerow Durham**