IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET CRAIG, as next of kin and personal representative of the estate of Angela Hulsey, | )<br>)<br>)<br>) |
| Plaintiff, | ) Docket No.: 3:17-cv-01335 |
| v. | ) JUDGE CAMPBELL/<br>) MAGISTRATE JUDGE HOLMES |
| CHEATHAM COUNTY, TENNESSEE, BEN MOORE, MARK BRYANT; JESSICA PLANK; JUSTIN PAUL; TASHA BIGGS; HARLEY GEROW; and JEFF KEY, | )<br>) JURY DEMAND<br>)<br>)<br>) |
| Defendants. | ) |

## DECLARATION OF JEFF KEY

I, Jeff Key, having been duly sworn according to law, and based upon my personal knowledge state as follows:

1. I am over 18 years of age, and I have personal knowledge of the matters outlined below.

2. I currently still work for Cheatham County Sheriff's Department. At the time of Angela Hulsey's incarceration, I was working within the jail as a corrections officer.

3. I generally learned that a lawsuit had been filed about corrections officers regarding Angela Hulsey.

4. I did not have an opportunity to read the first complaint filed in the lawsuit and I never had any reason to believe that I was intended to be part of that lawsuit. I also never thought that I had been mistakenly left out of the lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of June, 2019.

_____
Jeff Key