```
               IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
_____

MARGARET CRAIG, AS NEXT OF
KIN AND PERSONAL REPRESENTATIVE
OF THE ESTATE OF ANGELA HULSEY,

      Plaintiff,

vs.                                    Case No. 3:17-CV-01335
                                       Jury Demand

CHEATHAM COUNTY, TENNESSEE;
BEN MOORE; MARK BRYANT;
STEPHANIE GIZZI-BELL;
JESSICA PLANK;
AND JOHN DOES 1 AND 2,

      Defendants.
_____



                       Deposition of:

                       MARGARET CRAIG

                       Taken on behalf of the
                       Defendants
                       October 30, 2018




_____
                    Elite Reporting Services
                www.elitereportingservices.com
            April C. Howard, LCR, Associate Reporter
                        P.O. Box 292382
                    Nashville, Tennessee 37229
                         (615)595-0073
```

Case 3:17-cv-01335   Document 101-7   Filed 06/12/19   Page 1 of 17 PageID #: 580
Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

| | | | |
|---|---|---|---|
| 1 | Q. | When did she pass away? | 13:36:42 |
| 2 | A. | In 2000, her and her baby. | 13:36:46 |
| 3 | Q. | She had a daughter? | 13:36:49 |
| 4 | A. | Two years old. | 13:36:51 |
| 5 | Q. | And what was her name? | 13:36:53 |
| 6 | A. | Destiny. | 13:36:54 |
| 7 | Q. | And tell me what happened to them. | 13:36:54 |
| 8 | A. | They had a head-on collision. | 13:36:57 |
| 9 | Q. | And where did that happen? | 13:36:59 |
| 10 | A. | 4180 Pleasant View. | 13:37:03 |
| 11 | Q. | How old was Pamela at the time? | 13:37:09 |
| 12 | A. | Twenty-two. | 13:37:13 |
| 13 | Q. | Was there a lawsuit filed as a result of that | 13:37:14 |
| 14 | accident? | | 13:37:18 |
| 15 | A. | No. | 13:37:18 |
| 16 | Q. | And you've got how many grandchildren now? | 13:37:21 |
| 17 | A. | Six. | 13:37:28 |
| 18 | Q. | Angela had a boy and a girl? | 13:37:32 |
| 19 | A. | Uh-huh. | 13:37:35 |
| 20 | Q. | Is that a yes? | 13:37:36 |
| 21 | A. | Yes. | 13:37:38 |
| 22 | Q. | The boy is 16-years-old? | 13:37:38 |
| 23 | A. | Yes. | 13:37:41 |
| 24 | Q. | And the daughter is 10, correct? | 13:37:42 |
| 25 | A. | I think she's 12 now. | 13:37:44 |

```
 1   Q.      Okay.  Born in 2008, so by my math she would          13:37:46
 2   be 10.                                                        13:37:51
 3   A.      Okay -- yes.                                          13:37:54
 4   Q.      Where do Angela's children live now?                  13:37:55
 5   A.      With their father.                                    13:37:58
 6   Q.      And his name is -- I'm sorry.  Tell me his            13:38:00
 7   name, Jerry Dwayne Hulsey?                                    13:38:05
 8   A.      Yes.                                                  13:38:10
 9   Q.      They live at 4565 North Old Highway 41 in             13:38:11
10   Springfield, Tennessee?                                       13:38:12
11   A.      I don't know.                                         13:38:14
12   Q.      You don't know where they live?                       13:38:15
13   A.      Uh-uh.                                                13:38:17
14   Q.      Okay.  That's the address listed in your              13:38:18
15   discovery responses.  Do you know where that address          13:38:21
16   came from?                                                    13:38:25
17   A.      Probably from my attorneys.  I mean, they             13:38:26
18   take care of all of that.                                     13:38:29
19   Q.      Okay.  How often do you see Angela's                  13:38:32
20   children?                                                     13:38:35
21   A.      Not a lot.                                            13:38:36
22   Q.      When was the last time that you saw them?             13:38:40
23   A.      He brought them down to see me one time after         13:38:52
24   we buried Angela.                                             13:38:56
25   Q.      So you have seen your grandchildren one time          13:39:00
```

```
 1   Q.    Where did you go to work?                        13:43:07
 2   A.    Currey Ingram Academy.                           13:43:09
 3   Q.    Okay.  On Sneed Road?                            13:43:15
 4   A.    Is that Sneed Road?  Yeah, yeah.                 13:43:17
 5   Q.    And what did you do at Currey Ingram?            13:43:22
 6   A.    I was in dining services.                        13:43:26
 7   Q.    And how long did you work there?                 13:43:29
 8   A.    I'm guessing about two years.                    13:43:31
 9   Q.    Okay.  And what was your -- did you leave        13:43:35
10   that job?                                              13:43:39
11   A.    I had to.  I had health problems.                13:43:39
12   Q.    What were your health problems?                  13:43:42
13   A.    I had osteoporosis and scleroderma and I had     13:43:45
14   all that stuff, arthritis and everything.              13:43:51
15   Q.    Okay.  So that would have been about 2004,       13:43:55
16   2005?                                                  13:43:59
17   A.    Yes, I believe so.                               13:43:59
18   Q.    Okay.  Have you worked at all since that         13:44:00
19   time?                                                  13:44:03
20   A.    No.                                              13:44:03
21   Q.    Do you draw disability benefits?                 13:44:04
22   A.    Yes.                                             13:44:07
23   Q.    And your daughter, Angela Hulsey, was born in    13:44:30
24   1982, correct?                                         13:44:34
25   A.    Yes.                                             13:44:36
```

| | | |
|---|---|---|
| 1 | Q. Okay. | 13:54:38 |
| 2 | A. I don't want to say something wrong. | 13:54:40 |
| 3 | Q. Okay. Let me ask it this way. Did Angela | 13:54:42 |
| 4 | and Jerry get married before or after their son was | 13:54:50 |
| 5 | born? | 13:54:55 |
| 6 | A. After. | 13:54:56 |
| 7 | Q. Okay. From the time they got married until | 13:54:58 |
| 8 | the time they got divorced, did Angela and Jerry | 13:55:06 |
| 9 | live together? | 13:55:11 |
| 10 | A. Say that one more time. | 13:55:16 |
| 11 | Q. Okay. From the time that Angela and Jerry | 13:55:17 |
| 12 | got married until the time they got divorced in | 13:55:21 |
| 13 | roughly 2009, did they live together continuously | 13:55:25 |
| 14 | during that period of time? | 13:55:30 |
| 15 | A. No, uh-uh. | 13:55:32 |
| 16 | Q. Okay. Did Angela live somewhere else during | 13:55:33 |
| 17 | that period of time? | 13:55:36 |
| 18 | A. Yes. | 13:55:38 |
| 19 | Q. Where did she live? | 13:55:39 |
| 20 | A. I don't know that now. | 13:55:40 |
| 21 | Q. Okay. Let me ask it this way. It's | 13:55:41 |
| 22 | important that I ask you this. Your daughter, | 13:55:45 |
| 23 | Angela, developed a drug problem at some point, did | 13:55:47 |
| 24 | she not? | 13:55:54 |
| 25 | A. That's what I heard. | 13:55:55 |

Case 3:17-cv-01335 Document 107 Filed 06/12/19 Page 5 of 17 PageID #: 584
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.    When did you hear that?                              13:55:57
 2   A.    The dates again.  When she got locked up.            13:56:04
 3   Q.    And when -- when are you referring to that           13:56:24
 4   she got locked up?                                         13:56:28
 5   A.    Now, see, that I don't remember either.              13:56:31
 6   Q.    When you say, "locked up" are you talking            13:56:42
 7   about her being detained in the Cheatham County            13:56:44
 8   Jail?                                                      13:56:50
 9   A.    Yes.                                                 13:56:50
10   Q.    Okay.  Are you referring to the time that she       13:56:51
11   was in the Cheatham County Jail on October of              13:56:53
12   2016 --                                                    13:56:59
13   A.    I have heard --                                      13:57:00
14   Q.    Let me finish my question.  Are you referring       13:57:01
15   to the time that she was in the Cheatham County Jail       13:57:03
16   in October of 2016 or some other time?                     13:57:05
17   A.    No.  I heard it from before.                         13:57:08
18   Q.    Okay.                                                13:57:10
19   A.    Before that.                                         13:57:10
20   Q.    That she had --                                      13:57:12
21   A.    But I just heard --                                  13:57:12
22   Q.    You didn't --                                        13:57:14
23   A.    I have never seen her, never.                        13:57:15
24   Q.    Never seen her under the influence of drugs?         13:57:18
25   A.    No.                                                  13:57:22
```

```
 1  used to doing.                                             14:00:53
 2  Q.    We all do it.  You are doing fine.                   14:00:53
 3        And I'm paraphrasing, according to the               14:00:56
 4  medical records that we received from Centennial           14:01:00
 5  Medical Center from September of 2008, at that             14:01:03
 6  point Angela had left her family two months                14:01:06
 7  earlier.  Are you aware that she was separated from        14:01:10
 8  her family at that point?                                  14:01:14
 9  A.    I don't know, that's been a while.                   14:01:22
10  Q.    Do you know why Angela and her husband were          14:01:26
11  divorced?                                                  14:01:30
12  A.    She just said they didn't get along.  That's         14:01:32
13  all I know.                                                14:01:37
14  Q.    Were you aware that Angela had gone to               14:01:50
15  Centennial Medical Center in January of 2014 for a         14:01:52
16  psychiatric consultation?                                  14:02:00
17  A.    Uh-uh -- no.                                         14:02:08
18  Q.    Okay.  Were you aware that she was admitted          14:02:09
19  on an inpatient basis at Parthenon Pavilion for five       14:02:17
20  days in January of 2014?                                   14:02:24
21  A.    Yes.                                                 14:02:27
22  Q.    You were aware of that?                              14:02:28
23  A.    Yes.                                                 14:02:29
24  Q.    Tell me what you remember about that?                14:02:30
25  A.    She went in and signed herself in.                   14:02:33
```

Case 3:17-cv-01335 Document 101-7 Filed 06/12/19 Page 7 of 17 PageID #: 588
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | Q. How did you find out that she had gone to the | 14:02:36 |
| 2 | hospital? | 14:02:40 |
| 3 | A. Huh? | 14:02:40 |
| 4 | Q. How did you find out that she had gone to the | 14:02:43 |
| 5 | hospital? | 14:02:47 |
| 6 | A. Somebody told me. | 14:02:48 |
| 7 | Q. Do you remember who it was? | 14:02:51 |
| 8 | A. Uh-uh. | 14:02:53 |
| 9 | Q. That's a no? | 14:02:54 |
| 10 | A. No. | 14:02:55 |
| 11 | Q. Did you talk to Angela while she was in the | 14:02:57 |
| 12 | hospital, January of 2014? | 14:03:01 |
| 13 | A. Yeah. | 14:03:04 |
| 14 | Q. Did you talk to her and get an understanding | 14:03:08 |
| 15 | as to why she was there? | 14:03:12 |
| 16 | A. Yeah. | 14:03:14 |
| 17 | Q. And what was that? | 14:03:14 |
| 18 | A. She wanted to straighten her life up. She | 14:03:17 |
| 19 | had a little problem, and she wanted to straighten | 14:03:22 |
| 20 | up for the kids. | 14:03:29 |
| 21 | Q. Okay. She had a problem using drugs? | 14:03:30 |
| 22 | A. A little bit. | 14:03:33 |
| 23 | Q. When you say "a little bit"? | 14:03:35 |
| 24 | A. She got it from somebody else. | 14:03:37 |
| 25 | Q. Okay. Did you go visit her during the time | 14:03:40 |

```
 1  that she was in the hospital in January of 2014?           14:03:44
 2  A.     Yeah.  Yeah.                                        14:03:48
 3  Q.     Okay.  After she was discharged, did she get        14:03:51
 4  any other treatment that you are aware of for drug         14:04:04
 5  use?                                                       14:04:08
 6  A.     Repeat that now.                                    14:04:10
 7  Q.     After she was discharged from the hospital in       14:04:11
 8  January of 2014, did she get any other treatment for       14:04:14
 9  drug abuse?  Did she see a counselor?  Did she go to       14:04:20
10  rehab?                                                     14:04:24
11  A.     Not that I know of.                                 14:04:25
12  Q.     Okay.  Where was Angela living as of                14:04:27
13  January of 2014?                                           14:04:32
14  A.     I don't know that either.                           14:04:34
15  Q.     Were there -- how often would you talk to her       14:04:38
16  as of January of 2014?                                     14:04:41
17  A.     She just called me several times.                   14:04:50
18  Q.     Was she moving around very much during that         14:05:00
19  time period?                                               14:05:04
20  A.     No.  I need a break.                                14:05:06
21         MR. BEEMER:  Let's do that.                         14:19:21
22         (Short break.)
23  BY MR. BEEMER:
24  Q.     Ms. Craig, were you aware that Angela had           14:19:35
25  gone back to Centennial Medical Center on January          14:19:38
```

Case 3:17-cv-01335 Document 101-7 Filed 06/12/19 Page 9 of 17 PageID #: 530
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | 28, 2015 for a psychiatric consultation? | 14:19:41 |
| 2 | A.     Uh-uh. | 14:19:47 |
| 3 | Q.     Were you aware that she, again, was admitted | 14:19:47 |
| 4 | on an inpatient basis at Parthenon Pavilion until | 14:19:50 |
| 5 | January 30, 2015? | 14:19:58 |
| 6 | A.     I had known about that, that she was there | 14:20:00 |
| 7 | one time, but other than that, uh-uh. | 14:20:03 |
| 8 | Q.     You were only aware that she had been in | 14:20:06 |
| 9 | Centennial one time? | 14:20:09 |
| 10 | A.     Uh-huh. | 14:20:12 |
| 11 | Q.     Is that a yes? | 14:20:12 |
| 12 | A.     Yes. | 14:20:15 |
| 13 | Q.     Okay. All right. Now, let's go to -- you | 14:20:18 |
| 14 | said about three years ago, Angela moved back in | 14:20:21 |
| 15 | with you; is that correct? | 14:20:25 |
| 16 | A.     Yes. | 14:20:27 |
| 17 | Q.     And what were the circumstances for her | 14:20:27 |
| 18 | moving back in with you? | 14:20:30 |
| 19 | A.     She really didn't have nowhere to go, not | 14:20:32 |
| 20 | right then. | 14:20:37 |
| 21 | Q.     Do you remember -- where had she been before | 14:20:38 |
| 22 | she came to live with you? | 14:20:42 |
| 23 | A.     She stayed at her brother's for a while, | 14:20:46 |
| 24 | Jesse's for awhile. | 14:20:49 |
| 25 | Q.     Okay. Do you know how long she lived with | 14:20:52 |

```
 1   Q.     That's a no?                                          14:21:59
 2   A.     Nope.                                                 14:22:01
 3   Q.     What did she do during the month,                     14:22:01
 4   month-and-a-half, that she was living at your house?         14:22:04
 5   A.     Well, we just hung out together and went              14:22:10
 6   shopping, and just went to yard sales and done               14:22:14
 7   things, put out application at her old job.                  14:22:17
 8   Q.     Were you aware that she was seen at                   14:22:31
 9   Centennial Medical Center on August 19, 2016 for a           14:22:33
10   psychiatric consultation?                                    14:22:38
11   A.     Uh-uh.                                                14:22:49
12   Q.     That's a no?                                          14:22:51
13   A.     No.                                                   14:22:53
14   Q.     When was the last time that you saw Angela            14:22:54
15   before October 6, 2016?                                      14:22:59
16   A.     I don't know.                                         14:23:20
17   Q.     Do you know if it was a week earlier?                 14:23:25
18   A.     I don't know.                                         14:23:29
19   Q.     Do you know if you had seen her in the month          14:23:29
20   before October 6, 2016?                                      14:23:32
21   A.     No, I don't know.                                     14:23:37
22   Q.     Do you know if you had seen her in the year           14:23:40
23   before October 6, 2016?                                      14:23:42
24   A.     I think so.                                           14:23:55
25   Q.     Do you remember the circumstances of when you         14:24:01
```

Case 3:17-cv-01335 Document 101-7 Filed 06/12/19 Page 11 of 17 PageID #: 530
Elite Reporting Services — (615) 595-0073
www.EliteReportingServices.com

```
 1         Your son called you to report that your             14:32:08
 2    daughter, Angela, was in the Cheatham County Jail,       14:32:12
 3    correct?                                                 14:32:14
 4    A.    Yes.                                               14:32:15
 5    Q.    And he reported that he was going to try to        14:32:16
 6    get her out of jail, correct?                            14:32:18
 7    A.    Yes.                                               14:32:21
 8    Q.    And then Angela called you the next day and        14:32:22
 9    said, Tell Jesse to hurry up.  I don't feel well; is     14:32:27
10    that correct?                                            14:32:27
11    A.    Yes.                                               14:32:27
12    Q.    After that conversation that you had with          14:32:28
13    Angela, did you call Jesse back to say --                14:32:30
14    A.    Yes, I told him.                                   14:32:34
15    Q.    Okay.                                              14:32:35
16    A.    Yeah.  I called him back and told him.             14:32:36
17    Q.    Okay.                                              14:32:40
18    A.    I said, Angela said hurry up.  She don't feel      14:32:40
19    good.                                                    14:32:45
20    Q.    Okay.                                              14:32:47
21    A.    He said I'm working on it.                         14:32:47
22    Q.    When did you have that conversation with           14:32:47
23    Jesse?                                                   14:32:49
24    A.    That next day.                                     14:32:52
25    Q.    The same day that Angela called you or the         14:32:57
```

```
 1  day after Angela called you?                                   14:33:02
 2  A.      No, the same day she called me.                        14:33:03
 3  Q.      Okay.  All right.  How long did that                   14:33:05
 4  conversation with Jesse last?                                  14:33:08
 5  A.      It didn't last very long.                              14:33:11
 6  Q.      And he left it with you that I'm working on            14:33:14
 7  it?                                                            14:33:19
 8  A.      Yes.                                                   14:33:19
 9  Q.      And then did you have any follow-up                    14:33:20
10  conversation with Jesse about getting Angela out of            14:33:22
11  jail?                                                          14:33:27
12  A.      No.  I was still waiting on him to get her             14:33:27
13  out.  He said he would call me as soon as he got her           14:33:31
14  out.                                                           14:33:31
15  Q.      And you never had another conversation with            14:33:31
16  Angela the entire time she was in jail?                        14:33:34
17  A.      No.                                                    14:33:37
18  Q.      I think I have asked you this, but I will ask          14:33:51
19  you a different way.  You never saw her at all while           14:33:55
20  she was in the Cheatham County Jail from October 6th           14:33:58
21  to the 12th, 2016, correct?                                    14:34:04
22  A.      Right.                                                 14:34:09
23  Q.      I'm going to hand you a document.  Have you            14:34:11
24  seen this document before?                                     14:34:13
25  A.      (Witness reviews document.)                            14:34:16
```

```
 1  Q.     I'm sorry, have you seen this document              14:34:25
 2  before?                                                    14:34:28
 3  A.     I'm trying to figure out what it is.                14:34:28
 4  Q.     It's the amended complaint that your attorney       14:34:32
 5  filed on August 1, 2018?                                   14:34:35
 6         MR. MOSELEY:  You can answer his                    14:35:08
 7  question.                                                  14:35:10
 8  BY MR. BEEMER:
 9  Q.     Do you want to take a minute to go through          14:35:11
10  it?  I'm going to ask you some questions about it.         14:35:14
11  A.     (Witness reviews document.)                         14:35:19
12  Q.     Let me see this one a second.  Let me give          14:37:13
13  you this copy.  That's the same thing.                     14:37:20
14  A.     Okay.                                               14:37:24
15  Q.     All right.  Ms. Craig, there's some                 14:37:24
16  allegations in the complaint regarding Angela's            14:37:30
17  physical appearance at the time of her arrest.  If         14:37:34
18  you turn to Paragraph 5.4 on page 7.  You are right        14:37:37
19  there.  I'm reading 5.4.  During the time of her           14:37:45
20  detention, Ms. Hulsey was obviously held with              14:37:53
21  visible signs of her illness including having a            14:37:53
22  light grayish color to her skin which gradually            14:37:57
23  started to turn greenish and her feet and legs being       14:38:00
24  very swollen.                                              14:38:06
25         Are you aware of anyone who observed Angela         14:38:09
```

Case 3:17-cv-01335  Document 101-7  Filed 03/12/19  Page 14 of 17 PageID #: 593
Elite Reporting Services · (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | during the time of her detention who made those | 14:38:13 |
| 2 | observations about her? | 14:38:16 |
| 3 | A.     Okay.  I don't understand that. | 14:38:18 |
| 4 | Q.     Okay.  So you didn't see Angela at all during | 14:38:19 |
| 5 | that time, correct? | 14:38:23 |
| 6 | A.     Uh-uh. | 14:38:24 |
| 7 | Q.     But in the lawsuit that you filed, there are | 14:38:24 |
| 8 | specific allegations regarding her appearance while | 14:38:26 |
| 9 | she was in jail.  And I'm asking you who -- who -- | 14:38:30 |
| 10 | who are you aware of who saw Ms. Hulsey in that | 14:38:35 |
| 11 | condition during her detention? | 14:38:38 |
| 12 | A.     (Witness reviews document.) | 14:38:42 |
| 13 |        I don't know. | 14:38:49 |
| 14 | Q.     Have you personally spoken with any employees | 14:38:51 |
| 15 | of Cheatham County about the time that Angela was | 14:38:56 |
| 16 | detained in jail in October of 2016? | 14:39:02 |
| 17 | A.     Have I talked to anybody? | 14:39:09 |
| 18 | Q.     Yeah.  Any Cheatham County employees? | 14:39:10 |
| 19 | A.     No. | 14:39:14 |
| 20 | Q.     Have you talked to any employees at | 14:39:15 |
| 21 | Cheatham County about Angela's detention? | 14:39:17 |
| 22 | A.     (Shook head negatively.) | 14:39:23 |
| 23 | Q.     Have you talked with anyone else who was in | 14:39:24 |
| 24 | the jail at that time, any detainees or inmates who | 14:39:25 |
| 25 | were in jail with Angela in October of 2016? | 14:39:27 |

```
 1   A.      Yes.                                                    15:06:23
 2   Q.      I know it's difficult, but --                            15:06:24
 3   A.      It is.                                                   15:06:26
 4   Q.      -- as much -- we all do it.  And you're doing            15:06:26
 5   well.  I'll try to catch you if I can.                           15:06:26
 6           What did you say your daughter's date of                 15:06:26
 7   birth was?                                                       15:06:29
 8   A.      3/3/82.                                                  15:06:31
 9   Q.      And do you know who her friends were that she            15:06:41
10   hung out with at the time of her death?                          15:06:44
11   A.      I don't know.                                            15:06:47
12   Q.      Well, you mentioned Jeremy Shivers earlier.              15:06:48
13   Is that someone that she hung out with?                          15:06:56
14   A.      Some I think, but not much.                              15:07:00
15   Q.      Did you ever meet Jeremy Shivers?                        15:07:02
16   A.      I have seen him.                                         15:07:06
17   Q.      But did you ever have an occasion to meet                15:07:08
18   him?                                                             15:07:11
19   A.      Uh-huh.                                                  15:07:12
20   Q.      How did you see him?                                     15:07:13
21   A.      He showed up with her.                                   15:07:14
22   Q.      At your house?                                           15:07:17
23   A.      No, at my son's house, Jesse.                            15:07:19
24   Q.      When was that?                                           15:07:22
25   A.      I don't know.  I don't keep up with dates.               15:07:24
```

1  REPORTER'S CERTIFICATE
2
STATE OF TENNESSEE
3
COUNTY OF RUTHERFORD
4
5
6      I, April C. Howard, Licensed Court
7  Reporter, with offices in Franklin, Tennessee,
8  hereby certify that I reported the foregoing
9  deposition of Margaret Craig by machine shorthand
10 to the best of my skills and abilities, and
11 thereafter the same was reduced to typewritten form
12 by me.  I am not related to any of the parties
13 named herein, nor their counsel, and have no
14 interest, financial or otherwise, in the outcome of
15 the proceedings.
16         I further certify that in order for this
   document to be considered a true and correct copy,
17 it must bear my original signature, and that any
   unauthorized reproduction in whole or in part
18 and/or transfer of this document is not authorized,
   will not be considered authentic, and will be in
19 violation of Tennessee Code Annotated 39-14-104,
   Theft of Services.
20
           *April C. Howard signature*
21
   _____
22 April C. Howard, LCR
   Elite Reporting Services
23 Associate Reporter
   Notary Public State of Tennessee
24
   My Notary Public Commission Expires: 04.20.20
25 LCR # 098 - Expires: 06.30.20