IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET CRAIG, as next of kin and personal representative of the estate of Angela Hulsey, <br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>CHEATHAM COUNTY, TENNESSEE, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-01335<br>JURY DEMAND<br>JUDGE CAMPBELL<br>MAGISTRATE HOLMES |

_____

**The deposition of**

**STEPHANIE GIZZI-BELL**

**November 6, 2018**

_____

TAMI R. WEBB, RPR, LCR, CCR
ACCURATE COURT REPORTING
P.O. Box 682683
Franklin, TN  37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

```
                                                               16
 1   the jail?
 2       A.   In the jail.
 3       Q.   Okay.  As a detainee or inmate?
 4       A.   Yes, sir.
 5       Q.   Okay.  And your interaction with him had nothing to
 6   do with Ms. Hulsey?
 7       A.   No, sir.
 8       Q.   Okay.  Did you know Ms. Hulsey through the jail
 9   prior to October of 2016?
10       A.   Not that I can recall.
11       Q.   All right.  What's your first actual
12   recollection -- not that, you know, hey, there's an entry so
13   I must have done something -- but what's your actual first
14   recollection of having any kind of interaction with
15   Ms. Hulsey?
16       A.   It was October 12th, 2016.  I was relieved from the
17   kitchen.  I was told there was a female inmate that had used
18   the restroom on herself, to get her some clean clothes and
19   help her out.
20            When I came into booking, she was already at the
21   booking counter sitting in a chair.  I believe the nurse was
22   taking her vitals at the time.  I got -- I think I got the
23   size of her clothes; I retrieved clothes, hygiene products.
24   I could tell Ms. Hulsey was not feeling well so I stayed in
25   the shower with her and assisted her.  While in the shower, I
```

```
                                                        17
1   helped take off her adult diaper.  I helped dry her hair.
2            I'm a mother so I nurtured her because I knew she
3   wasn't feeling well.  We did have small talk.  I asked her if
4   she used drugs; she said yes, and I believe she said at that
5   time it was fentanyl.  I didn't know what fentanyl was then.
6        Q.   Do you know now?
7        A.   Yes.
8            I think I just asked her if she was done and she
9   said yes.  She seemed embarrassed for using the restroom on
10  herself.  And she cleaned herself up.  We got her and put her
11  back in the cell.
12       Q.   All right.  When you say you could tell she's not
13  feeling well, what does that mean?
14       A.   She was sweating, maybe some staggered breathing.
15  Just weak; she seemed weak.
16       Q.   And you mentioned when you first saw her she was
17  already at the booking counter?
18       A.   Yes, sir.
19       Q.   And I think you said that the nurse was taking her
20  vitals at that time --
21       A.   Yes, sir.
22       Q.   -- when you first saw her?
23            Okay.  Was she exhibiting those - the sweating, the
24  staggered breathing, and weakness - at the booking counter?
25       A.   Yes, sir.
```

```
                                                              25
 1                    REPORTER'S CERTIFICATION
 2   STATE OF TENNESSEE  )
     COUNTY OF DAVIDSON  )
 3
 4          I, TAMI R. WEBB, LCR #330, RPR #54171, CCR #0460,
 5   licensed court reporter, in and for the State of Tennessee,
 6   do hereby certify that the above deposition of STEPHANIE
 7   GIZZI-BELL was reported by me on November 6, 2018, and that
 8   the foregoing pages of the transcript are a true and accurate
 9   record to the best of my knowledge, skills, and ability.
10          I further certify that I am not related to nor an
11   employee of counsel or any of the parties to the action, nor
12   am I in any way financially interested in the outcome of this
13   case.
14          I further certify that I am duly licensed by the
15   Tennessee Board of Court Reporting as a Licensed Court
16   Reporter as evidenced by the LCR number and the expiration
17   date following my name below.
18
19
20
21
22                            /Tami R. Webb/
                              Tami R. Webb, RPR, LCR, CCR
23                            RPR #54171, LCR #330, CCR #0460
                              LCR Expiration Date 6/30/20
24                            Accurate Court Reporting
                              P.O. Box 682683
25                            Franklin, TN  37068
                              Signature Date:  November 19, 2018
```