```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION

MARGARET CRAIG, as next of      )
kin and personal                )
representative of the estate    )
of Angela Hulsey,               )
                                )
        Plaintiff               )
                                )
vs.                             )  Case No. 3:17-cv-01335
                                )  JURY DEMAND
                                )  JUDGE CAMPBELL
CHEATHAM COUNTY, TENNESSEE,     )  MAGISTRATE HOLMES
BEN MOORE, MARK BRYANT,         )
STEPHANIE GIZZI-BELL, JESSICA   )
PLANK, et al.,                  )
                                )

        Defendants
```

_____

**The deposition of**

**JEFFERY GOAD**

**December 12, 2018**

_____

```
        CHERYL H. CARTER, RPR, LCR, CCR
           Accurate Court Reporting
                P.O. Box 682683
              Franklin, TN 37068
          (615) 244-DEPO or 244-3376
              www.ACR-Nashville.com
```

1    A.    Okay.  Is this multiple copies of the same
2  thing?
3    Q.    I think we received two different types of
4  logs, so if you look at the very bottom of the page
5  there, it has what we call a Bates number stamp.  So
6  unless that number is identical, then that would have
7  been an accidental.  We put two of the same pages in
8  there.  Otherwise, we were given -- this is what we were
9  provided by the jail from the discovery responses.
10           So if something looks identical and has a
11 different number, it may have just been an error on the
12 part of the jail.  They gave us the same thing twice but
13 put a different number on it.
14   A.    Yeah, I can't really tell what that number is
15 because it's stamped on top of the thing, but it looks
16 exactly the same, same dates, names, everything.
17   Q.    That's fine.  Let's do this then, go ahead and
18 mark it just like you would normally just on the strange
19 off chance that they gave that to me for a reason.
20   A.    Okay.
21   Q.    Thank you.  So it looks like the first time
22 that you had an interaction with Ms. Hulsey was October
23 the 10th, and this is military time, so it's 1615, and
24 it's -- the activity is marked 1, comma, 13.  1 is
25 check, and then 13 is shower.  Is that accurate?

```
                                                            21
 1      A.    Yes.  So she would be getting in the shower.
 2      Q.    All right.  Tell me generally what the purpose
 3 of this Observation Cell Record was or your
 4 understanding of the purpose of it.
 5      A.    It would be for the nurse to identify what
 6 she's doing and how she needs to be treated I would
 7 assume.
 8      Q.    All right.  Were you trained or provided any
 9 training in how to fill this form out and the purpose of
10 it?
11      A.    We were trained to read it and fill it out.
12      Q.    All right.  Do you know what medical
13 significance any of these activity codes have?
14      A.    What do you mean by that?
15      Q.    There's activity codes listed 1 through 17;
16 and there's various activities including sleeping,
17 crying, yelling, quiet, relaxed, walking, sitting.
18            And so my questions is:  Do you know what
19 significance in a medical sense any of those activities
20 have?
21            You said, I think, previously that this was
22 information that then went to the nurse?
23      A.    Yes.
24      Q.    Okay.  Do you know what significance any of
25 those activities have from a medical perspective?
```

```
                                                              22
1            MR. USERY:   Object to the form.
2       A.   No.
3       Q.   (By Mr. Moseley)  You can answer.  Sometimes
4  objections will be made to preserve it on the record,
5  but you can answer the question.
6       A.   No, I don't know.
7       Q.   Is it fair to say that, if you mark that she
8  was in the shower, you personally would not have
9  escorted her into the shower since she's a female and
10 you're a male; she would be taking a shower on her own?
11      A.   She would be escorted by a female officer.
12      Q.   All right.  Do you know why then that you
13 would have marked that she's in the shower as opposed to
14 the officer that escorted her?
15      A.   I would have been probably the one sitting at
16 the booking table doing the booking logs at that time.
17      Q.   All right.  So the fact that you logged it
18 isn't necessarily indicative that you personally were
19 involved in the activity?
20      A.   Yes.
21      Q.   Okay.  And that may be the same for what we
22 talked about earlier for the -- the vital signs.
23           If you're sitting at booking and over the
24 radio somebody calls in vitals, you're going to log
25 that.
```

23

```
 1           Do you put your initials by that?
 2      A.   Yes.
 3      Q.   Even though you're not personally the one
 4  taking the vital signs?
 5      A.   Yes, it's whoever logs that.
 6      Q.   All right.  Do you know why she was in the
 7  shower at 4:15 on that day?
 8      A.   No, I'm not sure.
 9      Q.   One of the -- I don't think it's an issue.  I
10  think it's a fact that everybody has kind of recognized
11  is that she had frequent bowel movements while in the
12  jail.
13           Do you have recollection of that?
14      A.   No.
15      Q.   The next activity that you mark is that she's
16  quiet.
17           If you mark quiet, what does that mean to you?
18      A.   She's laying down, not yelling.
19      Q.   And I think there's two other in the -- on the
20  next activity.  This is a -- is a form that had "suicide
21  watch," but that was crossed out and put "medical
22  watch."
23           Is that just simply you didn't have enough
24  forms, or do you know?
25      A.   I'm not really sure.
```

```
                                                              24
 1      Q.   Do you know if the Medical Watch form and the
 2 Suicide Watch form are identical?
 3      A.   Yes.
 4      Q.   Other than saying suicide?
 5      A.   Yes.  It's just something you write on there,
 6 the times and stuff.
 7      Q.   And I think this form corresponds with the
 8 previous one we were talking about, the Observation Cell
 9 Record form that you were marking, because at 4:15 you
10 have in shower.  Do you recall that?
11      A.   Yes.
12      Q.   And that is a separate log then from the
13 Observation Log.
14           What's the purpose of having two different
15 logs?
16      A.   They go together, so that's actually telling
17 you that she was laying down or what she was physically
18 doing.
19      Q.   All right.  Is this also given to the nurse?
20      A.   Yes.
21      Q.   Okay.  So you give both the Observation Cell
22 Record and the Medical Watch Record to the nurse
23 together?
24      A.   Yes.
25      Q.   Okay.  Do you do that, or does the supervisor
```

```
                                                            34
 1                    REPORTER'S CERTIFICATION

 2  STATE OF TENNESSEE   )
    COUNTY OF DAVIDSON   )
 3

 4          I, Cheryl H. Carter, LCR #315, RPR #820707,

 5  CCR #137, licensed court reporter, in and for the State

 6  of Tennessee, do hereby certify that the above

 7  deposition transcript of JEFFERY GOAD was reported by me

 8  on December 12, 2018, and that the foregoing pages of

 9  the transcript are a true and accurate record to the

10  best of my knowledge, skills, and ability.

11          I further certify that I am not related to nor

12  an employee of counsel or any of the parties to the

13  action, nor am I in any way financially interested in

14  the outcome of this case.

15          I further certify that I am duly licensed by

16  the Tennessee Board of Court Reporting as a Licensed

17  Court Reporter as evidenced by the LCR number and

18  expiration date following my name below.

19

20

21                  /Cheryl H. Carter/
                    Cheryl H. Carter
22                  LCR #315, RPR #820707, CCR #137
                    LCR Expiration Date 6/30/18
23                  Accurate Court Reporting
                    P.O. Box 682683
24                  Franklin, Tennessee  37068
                    Signature Date: December 27, 2018
25
```