IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET CRAIG, as next of kin and personal representative of the estate of Angela Hulsey, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:17-cv-01335 ) JURY DEMAND ) JUDGE CAMPBELL ) MAGISTRATE HOLMES ) |
| CHEATHAM COUNTY, TENNESSEE, BEN MOORE, MARK BRYANT, STEPHANIE GIZZI-BELL, JESSICA PLANK, et al., | ) ) ) ) ) |
| Defendants. | ) |

___

**The Deposition of**

**JERRY DEWAYNE HULSEY, SR.**

**January 14, 2019**

___

Penny Townsend Morrison, RMR, LCR, CCR
Accurate Court Reporting
The Pilcher Building
P.O. Box 682683
Franklin, TN  37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

1  A. It was 2010, in January.
2  Q. And did you live at that house on Green Road
3  in Springfield, Tennessee, during the entirety of your
4  marriage?
5  A. Yes, ma'am.
6  Q. And did you two live together during the
7  entirety of your marriage?
8  A. Yes, ma'am.
9  Q. Do you know if she ever remarried?
10 A. I don't think she did. To my knowledge, I
11 don't think she did.
12 Q. And you mentioned earlier that you have two
13 children. What are their ages?
14 A. My son, Jerry, Jr., is 16. He was born
15 August 19th, 2002. My son [sic] is Rachel Hulsey.
16 She's 12, and her birthday is April 26th, '06.
17 Q. And do your children currently live with you?
18 A. Yes, ma'am.
19 Q. Do you have custody of them?
20 A. Yes, ma'am. We kind of had joint custody on
21 them.
22 Q. Who -- do you currently --
23 A. Yes, I have current custody.
24 Q. Do you share custody of them with anyone
25 today?

```
 1      A.   I don't know.
 2      Q.   Okay.  Do you know the last year that she
 3 worked?
 4      A.   No.
 5      Q.   Were you aware that Ms. Hulsey had a drug
 6 problem?
 7      A.   Yes.
 8      Q.   And when did you become aware of that problem?
 9      A.   Not long after our divorce.
10      Q.   And that was around 2010?
11      A.   About 2011.  Somewhere in there.
12      Q.   2011?
13      A.   Uh-huh.  Is when it kind of started to
14 decline, to my knowledge.
15      Q.   So would you say that she had a drug problem
16 in 2011 to around what year?
17      A.   That, I couldn't tell you.
18      Q.   Okay.  Was she living with you when she had a
19 drug problem?
20      A.   No.
21      Q.   Do you know where she was living?
22      A.   No.
23      Q.   Do you know what drugs she used?
24      A.   No, ma'am.
25      Q.   Do you know if she ever went to rehab for her
```

```
1      Q.   Several months.  Were you aware of any suicide
2   attempts that she made?
3      A.   No, ma'am.
4      Q.   Has she ever left the kids with you and -- has
5   she ever left the kids with you for an indefinite amount
6   of time without indicating when she would be coming
7   back?
8      A.   The kids has always been with me.  Always.
9      Q.   Were you aware that Ms. Hulsey was seen at
10  Centennial Medical Center in 2014 for a psychiatric
11  consultation?
12     A.   I don't know about the psychiatric
13  consultation.  That might have been when she entered
14  rehab.  That's as far as I know.  As far as the date --
15  I know it was Centennial, because she had called me from
16  Centennial and she needed toothpaste, toothbrushes,
17  change of clothes.  And any time she called, I would try
18  to be there for her.  It was my kids' mama.
19     Q.   Do you know if she ever used the drug
20  oxycodone?
21     A.   Yes.
22     Q.   Do you know if she had frequent use of it?
23     A.   I couldn't tell you.
24     Q.   When she would be in the hospital or
25  rehabilitation center, did you visit her?
```

```
 1        A.   No, ma'am.
 2        Q.   Did the kids visit her?
 3        A.   No, ma'am.  We didn't know.  As far as --
 4   you're talking about the 2014?
 5        Q.   Yes, or any time.
 6        A.   Or any time?  Again, I'm not clear if that's
 7   the date or whatever, but no, ma'am.
 8        Q.   Okay.  Do you know if Ms. Hulsey ever used the
 9   drug heroin?
10        A.   Yes, ma'am.
11        Q.   Do you know if she was ever hospitalized?
12             MR. DEDMAN:  I'm sorry.  Did you say yes, you
13   know, or yes, she did use?
14             I'm sorry.  I don't mean to interrupt.
15        A.   To my knowledge -- and, again, that's hearsay,
16   because there was a period where me and the kids didn't
17   see or hear from her towards the end.  But just from
18   hearsay, from what I've heard, she was going down that
19   road.  I wish I could give you more information.
20             MR. DEDMAN:  That's fine.  I'm sorry.  I
21   didn't mean to step on your question.  I didn't
22   understand the context.
23             MS. KELLY:  I understand.
24        Q.   (By Ms. Kelly)  Do you need to take a break,
25   sir?
```

1 **REPORTER'S CERTIFICATION**

2 STATE OF TENNESSEE )
COUNTY OF DAVIDSON )
3

4       I, Penny Townsend Morrison, LCR #423,

5 RMR #823002, CCR #226, licensed court reporter, in and

6 for the State of Tennessee, do hereby certify that the

7 above deposition transcript of JERRY DEWAYNE HULSEY, SR.

8 was reported by me on January 14, 2019, and that the

9 foregoing pages of the transcript are a true and

10 accurate record to the best of my knowledge, skills, and

11 ability.

12       I further certify that I am not related to nor

13 an employee of counsel or any of the parties to the

14 action, nor am I in any way financially interested in

15 the outcome of this case.

16       I further certify that I am duly licensed by

17 the Tennessee Board of Court Reporting as a Licensed

18 Court Reporter as evidenced by the LCR number and

19 expiration date following my name below.

20

21     /Penny Townsend Morrison/
    Penny Townsend Morrison
22     LCR #423, RMR #823002, CCR #226
    LCR Expiration Date 6/30/20
23     Accurate Court Reporting
    P.O. Box 682683
24     Franklin, Tennessee 37068
    Signature Date: January 28, 2019
25