IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARGARET CRAIG, as next of kin
and Personal representative of
the estate of Angela Hulsey     PLAINTIFF

V.     CIVIL ACTION NO. 3:17-CV-01335

CHEATHAM COUNTY,
TENNESSEE, BEN MOORE,
MARK BRYANT, STEPHANIE
GIZZI-BELL, JESSICA
PLANK; KEITH PFEIFFER,
MICHAEL MONTGOMERY, JUSTIN
PAUL; BRANDON REASONOVER;
TAHSA BIGGS; HARLEY GEROW;
JOSH MARRIOTT; JEFFREY GOAD;
JUDY KING; ROGER TEMPLE;
JEFFY KEY; JAMES BARNUM;
and JOHN DOES 1 and 2     DEFENDANTS

VIDEOCONFERENCE DEPOSITION OF DR. RATHEL NOLAN

Taken at the instance of the Defendant at Brooks
Court Reporting, 12 Lakeland Circle, Suite A,
Jackson, Mississippi on Tuesday, May 21, 2019,
beginning at 1:39 p.m.

REPORTED BY: LORI W. BUSICK
    Brooks Court Reporting
    12 Lakeland Circle, Suite A
    Jackson, Mississippi 39216
    (601)362-1995

ORIGINAL

Dr. Rathel Nolan 5/21/2019

```
 1      A.   The earliest records I have were after she
 2   had an apparent overdose on benzodiazepine.  So I
 3   have nothing prior to that.
 4      Q.   The first thing in your report is a
 5   discussion of her treatment at Gateway on
 6   September 30, 2016.  Are those the oldest records
 7   that you've been given to review?
 8      A.   Yes.
 9      Q.   So as far as that initial treatment at
10   Gateway, just going through your report, Ms. Hulsey
11   was admitted to the hospital for an overdose on
12   narcotics, correct?
13      A.   Yes.
14      Q.   You have the drug screen was positive for
15   benzodiazepines, opiates, methamphetamine and
16   cannabis, correct?
17      A.   Yes.
18      Q.   And is it your understanding that
19   Ms. Hulsey had a lengthy history of drug use,
20   including intravenous drug use?
21      A.   I would presume so, yes.
22      Q.   And the multiple needle track marks on her
23   skin were consistent with IV drug use; is that
24   correct?
25      A.   Yes.
```

No. 14 to Notice of Filing

```
 1      Q.   So when she got to the hospital she had
 2   urine and blood cultures taken at some point,
 3   correct?
 4      A.   Yes.
 5      Q.   She had been admitted to the hospital at
 6   4:19 p.m. on September 30, 2016?
 7      A.   Yes.
 8      Q.   And those urine and blood cultures were
 9   still pending at the time of her discharge roughly
10   17 hours later?
11      A.   They were not finalized.  That's correct.
12      Q.   What does that mean for them to be
13   finalized?
14      A.   Well, the attending physician said that
15   she had gram-positive cocci in her blood.  And that
16   narrows down the number of things that it could be,
17   but they had not identified it as staphylococcus
18   aureus yet.
19      Q.   How long does that usually take to get
20   that final result?
21      A.   It depends on the technique you're using.
22   But conventional technique 48 to 72 hours.
23      Q.   All right.  So Ms. Hulsey left that
24   facility against medical advice on October 1, 2016,
25   correct?
```

```
 1      A.   Yes.
 2      Q.   But it looks, from the records, that her
 3 treating physician knew enough to be concerned about
 4 her leaving when she did, correct?
 5      A.   Yes.
 6      Q.   Why is that?
 7      A.   Well, because she has a history of IV drug
 8 use and because she had the gram-positive cocci in
 9 her blood stream, it's a fairly common thing for
10 drug abusers to have just what she had, which is
11 endocarditis.  So there would be a concern that she
12 was bacteremic from something like staphylococcal
13 endocarditis or some other infections.  Sometimes
14 they get joint infections when they inject into the
15 joints.  So yes, it was a concern.
16      Q.   What does it mean to be bacteremic?
17      A.   It means they have -- physically have
18 bacteria in your blood stream.
19      Q.   Is that -- are these two separate issues,
20 being bacteremic and the endocarditis?
21      A.   No.  Endocarditis is a cause of
22 bacteremia, but it's not the only cause of
23 bacteremia.
24      Q.   Describe what endocarditis is if you
25 would?
```

1    A.   Well, endocarditis is an infection on one
2    of the valves of the heart.  And I don't know how
3    much of a description you want.  But you have a
4    little blood clot that forms on the heart.  And
5    those probably form normally and dissolve normally
6    in every one every day.  But you get a clot on the
7    heart valve and the bacteria get into that clot and
8    they tend to grow.  The clot gets bigger and people
9    -- as the heart beats, the valve opens and closes
10   and it flicks the bacteria out into the circulation.
11   So you have the bacteria in the blood stream and it
12   can travel other places.
13         With her kind of endocarditis it would be
14   the lungs, which it apparently did.  And eventually
15   it will eat up and destroy the heart valve, which
16   can have some hemodynamic consequences.  It didn't
17   really in her because she had a tricuspid valve
18   endocarditis, which is a less important valve to
19   your health and well-being than some of the others.
20         That's probably more of an explanation
21   than you wanted, but...
22   Q.    No, that's fine.
23         Was she more at risk of developing
24   endocarditis because of her chronic IV drug use?
25   A.    Yes, she was.  Because that's a bacteria

```
 1   that exists on the skin.  And when you stick a
 2   needle in your arm into a vein you risk dragging the
 3   bacteria onto the needle and into the blood stream.
 4        Q.   Can you tell from the results how long she
 5   had that infection when it was finally -- when the
 6   results of her blood urine work were finalized?
 7        A.   During this admission or during her
 8   terminal admission?
 9        Q.   During this admission?
10        A.   No, you really can't.
11        Q.   Does the physician, treating physician
12   need those final results from the blood and urine
13   analysis in order to make the diagnosis of
14   endocarditis?
15        A.   Well, the -- that's part of it, yes.  But
16   you need to show the blood clot, the vegetation on
17   the heart valve.  And that was not done before she
18   left against medical advice.
19             So during her terminal admission they did
20   get the echocardiogram that showed that.  It was
21   highly suspicious for that.  If she had stayed
22   around they would have sorted that out.
23        Q.   Had she stayed around?
24        A.   Yes.
25        Q.   But you believe that she had endocarditis
```

Dr. Rathel Nolan 5/21/2019

```
 1    as of that admission to Gateway Medical Center of
 2    September 30, 2016?
 3         A.   Probably, yes.
 4         Q.   And at some point did they administer
 5    antibiotics intravenously to her during that
 6    hospital stay?
 7         A.   Yes, they did.
 8         Q.   Okay.  I take it according to what her
 9    treating physician wrote in the discharge note she
10    needed at least 24 hours of inpatient care or more,
11    correct?
12         A.   Yes.  That's kind of rogue statement for
13    Medicare, but, yes.
14         Q.   She probably would have needed much more
15    inpatient treatment than 24 hours, would she not?
16         A.   Yes.
17         Q.   What's the typical length of IV antibiotic
18    treatment for someone with the infection that she
19    had?
20         A.   For her -- well, it's kind -- I'm going to
21    make it a complicated question.  It's a common
22    infection in IV drug users.  And typically for
23    staphylococcal endocarditis you're going to treat
24    for at least four weeks of intravenous antibiotics.
25    IV antibiotics and intravenous drug users is
```

No. 14 to Notice of Filing

1          So looking at somebody you may be able to
2   suspect that.  But in and of itself, just looking at
3   somebody, no, you can't tell that they're
4   bacteremic.
5       Q.   Is that for a medical professional, just
6   looking at someone wouldn't be able to tell that
7   they're bacteremic?
8       A.   No, you could not.
9       Q.   Same goes for a layperson?  A layperson
10  could not look at someone and be able to tell that
11  that person is bacteremic, correct?
12      A.   Not anyone I've ever heard of.
13      Q.   So then Ms. Hulsey went to Centennial
14  Medical Center two days later on October 3, 2016,
15  correct?
16      A.   Yes.
17      Q.   And her complaint at that time was
18  drooping on the left side of her face for two days,
19  correct?
20      A.   Yes.
21      Q.   And she was diagnosed with Bell's Palsy,
22  correct?
23      A.   That's what they said.
24      Q.   Okay.  Following up on what you just said,
25  do you question that diagnosis?

Dr. Rathel Nolan 5/21/2019

```
 1      A.   Yes.
 2      Q.   Why is that?
 3      A.   That's -- I don't know how to politely put
 4   it, but that was -- how do I politely put it?
 5           She had several markers for being
 6   extremely ill that were either ignored or discounted
 7   by the physicians that cared for her there.  And I
 8   think they were, for whatever reason, they were
 9   trying to get her out and that was a convenient
10   diagnosis.  But there were many things going on with
11   her that should have prompted an offer for hospital
12   admission and did not.
13           And I think the Bell's Palsy was just a
14   convenient thing to write on the chart to get her
15   out the door, frankly.
16      Q.   Okay.  At that point it's your assumption
17   that she was still bacteremic?
18      A.   Yes.
19      Q.   And at that point you believe that the
20   infection had spread from her heart into her brain
21   and into her kidneys, correct?
22      A.   Probably brain.  Kidneys, I don't know.
23      Q.   By October 3, 2016, did she have evidence
24   of spread of the infection to her kidneys?
25      A.   Yeah, it's always hard for me to do my
```

Dr. Rathel Nolan 5/21/2019

```
 1   doctor disconnect and...
 2            She had an elevated serum creatinine when
 3   she was seen there, which is a marker for a kidney
 4   injury.  But during her final admission her
 5   creatinine had declined almost towards normal.  So
 6   I'm not sure what to make of that.  I think that was
 7   probably dehydration and not a direct affect on the
 8   kidneys.  But at that point about the only way you
 9   could tell is by autopsy.
10        Q.   I'm reading from the bottom of the third
11   page of your letter to Mr. Moseley.
12        A.   Yeah.  Third page?  Let's see.  Yeah, and
13   I'm going to have to back pedal on that.  Because
14   that could have been -- after reading the records a
15   couple more times -- that could have been because of
16   spread to the kidneys.  But because her renal
17   function was better and almost normal during her
18   admission following her incarceration, I'm not sure
19   about that.
20        Q.   But you still think that by October 3rd
21   the infection had spread to her brain, correct?
22        A.   Yes.  That is the most plausible
23   explanation for her facial drooping.
24        Q.   That she had a stroke?  Did she have a
25   stroke, in your opinion?
```

Dr. Rathel Nolan 5/21/2019

1   A.   No.  She may have had an abscess that was
2 acting the same way a stroke would act.  So again, I
3 get into my semantical stuff, is that a stroke?
4 It's a stroke-like illness, yes.
5   Q.   But it does not appear at any time during
6 the October 3, 2016 treatment at Centennial that she
7 was ever diagnosed as being bacteremic, correct?
8   A.   Correct.  But I would add that she had a
9 low platelet count and a high white count and a
10 creatinine of three and a half and a high white
11 count anemic.  And any one of those things were a
12 reason enough to put her in the hospital.
13   Q.   Yeah.  But for whatever reason even with
14 all those lab results, the treating physician did
15 not diagnose her as being bacteremic or want to
16 admit her to the hospital, correct?
17   A.   That's correct.
18   Q.   And then turning to -- she was detained
19 beginning on October 6, 2016.  Once she was detained
20 in the jail and would not have had access to drugs,
21 would you have expected her to experience withdrawal
22 symptoms?
23   A.   I wouldn't have been surprised.  I don't
24 know that I would have expected it.  But she was
25 using so many different things -- yeah, I mean, she

```
 1              CERTIFICATE OF COURT REPORTER
 2              I, Lori W. Busick, Court Reporter and
 3    Notary Public, in and for the State of Mississippi,
 4    hereby certify that the foregoing contains a true
 5    and correct transcript of the testimony of Dr.
 6    Rathel Nolan, as taken by me in the aforementioned
 7    matter at the time and place heretofore stated, as
 8    taken by stenotype and later reduced to typewritten
 9    form under my supervision by means of computer-aided
10    transcription.
11              I further certify that under the authority
12    vested in me by the State of Mississippi that the
13    witness was placed under oath by me to truthfully
14    answer all questions in the matter.
15              I further certify that, to the best of my
16    knowledge, I am not in the employ of or related to
17    any party in this matter and have no interest,
18    monetary or otherwise, in the final outcome of this
19    matter.
20              Witness my signature and seal this the
21    30th day of May, 2019.
22
23
                              _____
24                            Lori W. Busick
      My Commission Expires:
25    August 22, 2022
```

Jackson          Brooks Court Reporting          Meridian
Gulfport            1-800-245-3376            New Orleans