```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF TENNESSEE

----------------------------------------------------------

MARGARET CRAIG, as next of kin
and personal representative of
THE ESTATE OF ANGELA HULSEY,     Case No. 3:17-cv-01335

              Plaintiff          JUDGE CAMPBELL/
                                 MAGISTRATE JUDGE HOLMES
vs.
                                 JURY DEMAND
CHEATHAM COUNTY, TENNESSEE; BEN
MOORE, MARK BRYANT, STEPHANIE
GIZZI-BELL, JESSICA PLANK,
KEITH PFEIFFER, MICHAEL
MONTGOMERY, JUSTIN PAUL, BRANDON
REASONOVER, TASHA BIGGS, HARLEY
GEROW, JOSH MARRIOTT, JEFFREY
GOAD, JUDY KING, ROGER TEMPLE,
JEFF KEY, and JAMES BARNUM,

              Defendants

----------------------------------------------------------



                    DEPOSITION OF:

                    JEREMY SHIVERS

           Taken on behalf of the Defendants

              Thursday, January 24, 2019



----------------------------------------------------------


                   BERES & ASSOCIATES
                 Licensed Court Reporters
                  Post Office Box 190461
                Nashville, Tennessee 37219-0461
                      (615) 742-2550
                    beresandassociates.com
```

```
 1      Q.   If you were driving down the road and she was
 2   standing --
 3      A.   I stopped and talked to her.
 4      Q.   And how would you describe your relationship
 5   with Ms. Hulsey?
 6      A.   Great.
 7      Q.   So from 2011 until 2016, how often would you
 8   see Ms. Hulsey?
 9      A.   Every day.
10      Q.   In person?
11      A.   Every day.  She lived with me for that whole
12   entire time.
13      Q.   So from 2011 till 2016, what address did you
14   two live in?
15      A.   It depends.  For a while, we was on Maple
16   Road in Cheatham County.  We were in Nashville for a
17   while.  We were in Clarksville for a while, depending
18   on where I was working.
19      Q.   So in 2011, you were still working for
20   CO Christian & Son.  Do you remember what address you
21   and Ms. Hulsey were living --
22      A.   I was on Maple Street in Ashland City, then
23   Pleasant View.
24      Q.   Do you remember the street address --
25      A.   No, I do not.
```

```
 1  high school?
 2       A.   She didn't have to have one.  No.
 3       Q.   So is that a no?
 4       A.   She did have a job previously between high
 5  school and meeting me, yes, but after she was with me,
 6  no, she did not have to have one.
 7       Q.   So from 2011 to 2016, she did not have a
 8  job --
 9       A.   No.
10       Q.   -- is that correct?
11       A.   Right.
12       Q.   Were you aware that Ms. Hulsey had a drug
13  problem?
14       A.   Yes.
15       Q.   Did her drug use affect your relationship
16  with Ms. Hulsey?
17       A.   Not really.
18       Q.   Were you aware that Ms. Hulsey had a drinking
19  problem?
20       A.   She didn't drink.
21       Q.   Do you know why she started using drugs?
22       A.   Don't have a clue.
23       Q.   How did you find out that she was using
24  drugs?
25       A.   Never hid it.
```

```
1     Q.   Did you ever do drugs with her?
2     A.   Oh, yes.
3     Q.   How often?
4     A.   Every day.
5     Q.   What drugs did she use?
6     A.   She was -- oxycodone was her drug of choice.
7     Q.   Did she use any other drugs?
8     A.   Maybe some marijuana.
9     Q.   Did she use anything else?
10    A.   Not really.
11    Q.   What drugs did you use?
12    A.   You can't miss me.  I mean I use whatever.
13    Q.   Could you give us the names of those drugs?
14    A.   Oxymorphone.  Oxycodone.  Marijuana.  Xanax,
15 whatever.
16    Q.   Did you ever use any heroin?
17    A.   Yeah.
18    Q.   Did you ever use cocaine?
19    A.   No.  I don't like coke.
20    Q.   So that's a no?
21    A.   It's a no.
22    Q.   So you've never used cocaine?
23    A.   Yes, I have tried it.  I just said no, I do
24 not like it.  How would I know I don't like it if I
25 haven't tried it?
```

```
 1  milkshake.
 2       Q.   And then what happened?  Were you approached
 3  by an officer?
 4       A.   Yes.
 5       Q.   And what happened once you were approached?
 6  Was there a conversation?
 7       A.   No.  They put a pistol on me, and they
 8  recognized me.  I had a warrant for my arrest.  They
 9  put a pistol on me and arrested us.  Said she had a
10  warrant too for failure to appear on a cost of fines.
11       Q.   And when you were both taken, was there any
12  discussion between you and the officer regarding
13  Ms. Hulsey?
14       A.   Yes.
15       Q.   What did you say?
16       A.   I said, "She needs to go to the hospital.  We
17  just left the hospital.  She's been very sick.  She had
18  a stroke or something.  When I first woke her up, one
19  eye was going one way, and one eye was going the other.
20  They had had her in the hospital for almost a week at
21  that time."
22            And they said, "Oh, don't worry about it.
23  Cheatham County is going to take care of it now."
24       Q.   Do you remember the officer's name?
25       A.   Jeremy Ethridge.
```

1  Q. Did you hear them tell her that she was
2  better, or did you just hear that from Ms. Hulsey?
3  A. I heard the nurse say that she was -- "Well,
4  she looks fine now."
5  Q. Do you know what her prescription was for?
6  A. I don't have a clue.
7  Q. Did Ms. Hulsey ever say anything to you about
8  having any type of infection?
9  Is that a no? I'm sorry.
10 A. No.
11 Q. So then you took her home. And --
12 A. She wanted to come home for the night. She
13 said, "I'm tired. I want to come home. I don't want
14 to be here."
15 And I told her, "You're going back to the
16 hospital. You're not coming out." I was not convinced
17 that there was anything changed.
18 She said, "Just let me go home for the night.
19 I don't want to be here."
20 Said okay. So I took her home for the night.
21 And the next morning, we got up. I went to stop in
22 Cheatham County on the way from Clarksville to
23 Nashville to get some money. And I stopped and got her
24 an ice cream on the way to interstate right there where
25 her brother lives and was supposed to go to his house

C E R T I F I C A T E

    I, Virginia Dodge, Registered Diplomate Reporter and Tennessee Licensed Court Reporter and Notary Public, do hereby certify that I recorded to the best of my skill and ability by machine shorthand the deposition contained herein, that same was reduced to computer transcription by myself, and that the foregoing is a true, accurate and complete transcript of the deposition testimony heard in this cause.

    I further certify that the witness was first duly sworn by me and that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

    This 31st day of January, 2019.

_____
Virginia Dodge
My Commission Expires: 9/25/2022
Tennessee LCR No. 734, Exp: 6/30/20
RDR/CRR #835835