# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **MARGARET CRAIG, as next of kin and personal representative of the estate of Angela Hulsey,** ) ) ) ) | |
| **PLAINTIFF,** ) ) | |
| **vs.** ) ) | **No. 3:17-cv-01335** <br> **JURY DEMAND** |
| **CHEATHAM COUNTY, TENNESSEE; BEN MOORE; MARK BRYANT; STEPHANIE GIZZI-BELL; JESSICA PLANK; and JOHN DOES 1 and 2,** ) ) ) ) ) | **JUDGE CAMPBELL** <br> **MAGISTRATE JUDGE HOLMES** |
| **DEFENDANTS.** ) ) | |

**PLAINTIFF MARGARET CRAIG'S RESPONSES TO THE DEFENDANTS BEN MOORE, STEPHANIE GIZZI-BELL, AND MARK BRYANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

The Plaintiff hereby submits the following as his responses to Defendants' Interrogatories and Request for Production of Documents:

### GENERAL OBJECTIONS

Plaintiff has made every reasonable effort to locate the information requested herein. That effort has been made in good faith. In the event Plaintiff discovers that she has inadvertently failed to provide information in response to these requests, Plaintiff will supplement this response in accordance with the applicable Rules of Civil Procedure.

Investigation and discovery by Plaintiff is continuing and is incomplete. As discovery proceeds, witnesses, facts, and evidence may be discovered that are not set forth herein, but may have been responsive to these requests. Plaintiff reserves the right to refer to, conduct discovery with reference to, or offer into evidence at trial any and all such witnesses, facts, and evidence, notwithstanding the absence of reference to such witnesses, facts and evidence in these responses.

Plaintiff objects to each request to the extent that it seeks information of any kind, type, or description which is exempt from or immune to discovery under applicable law, including,



4.      Please list the names, ages, and current addresses of each of the decedent's children, natural or adopted.

RESPONSE:       **Dewayne Hulsey, Jr. - son - 08/19/2002**
**Rachel Hulsey - daughter - 04/26/2008**
**4565 North Old Hwy 41, Springfield, Tennessee 37172**

VERIFICATION:

I, Margaret Craig, state that the foregoing responses are true to the best of my knowledge, information, and belief.

*Margaret A. Craig*
Margaret Craig

STATE OF TENNESSEE          )
                            )
COUNTY OF *Cheatham*        )

Personally appeared before me, the undersigned, a notary public in and for the state and county aforesaid, the within named **Margaret Craig,** with whom I am personally acquainted (or who was proven to me on the basis of satisfactory evidence) who stated under oath that the responses are true except as to those matters stated on the basis of information and belief and those she believes to be true. Sworn to and subscribed before me this ___7th___ day of ___August___, 2018.

_____
Notary Public

My Commission Expires: _____