# EXHIBIT E

```
           IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION

MARGARET CRAIG, as next of      )
kin and personal                )
representative of the estate    )
of Angela Hulsey,               )
                                )
         Plaintiff,             )
                                )
                                )
                                )  No. 3:17-cv-01335
vs.                             )  JURY DEMAND
                                )  JUDGE CAMPBELL
                                )  MAGISTRATE HOLMES
                                )
CHEATHAM COUNTY, TENNESSEE,     )
BEN MOORE, MARK BRYANT,         )
STEPHANIE GIZZI-BELL, JESSICA   )
PLANK, et al.,                  )
                                )
         Defendants.            )
```

---

**The Deposition of**

**HARLEY DESTINY ALEXXIS DURHAM**

**January 14, 2019**

---

Penny Townsend Morrison, RMR, LCR, CCR
Accurate Court Reporting
The Pilcher Building
P.O. Box 682683
Franklin, TN  37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

1  brought in after she was arrested?
2      A.   Yes, sir.
3      Q.   Okay.  And your observation was that it looked
4  like she had lost a lot of weight?
5      A.   Yes, sir.
6      Q.   Anything else?
7      A.   That was it.
8      Q.   Did you have any direct interaction with her
9  at that time?
10     A.   Not that I can remember.
11     Q.   And I think you told us earlier you personally
12 did not conduct her intake?
13     A.   Correct.
14     Q.   Were you on break at the time?
15     A.   My shift hadn't started yet.
16     Q.   So you were waiting to start your shift?
17     A.   Yes, sir.
18     Q.   Okay.  What is your next recollection of any
19 interaction you had with Ms. Hulsey after that?
20     A.   Just her asking for her vitals to be checked
21 the night that she was brought up to booking on medical
22 watch on my shift.  She had told me that she wasn't
23 feeling well, but then had stated that she didn't do
24 good with staying sober.
25          When she asked me to take her vitals, I said I

1  would.  When I came back to take her vitals, I was also
2  passing out medication and doing a head count and
3  security check.
4      Q.   And I think I heard you say something about
5  "booking," and so let me make sure.  Do you recall
6  relative to -- October 6th, I think, was date that she
7  got booked.  Do you recall relative to October 6th when
8  this encounter took place?
9      A.   That was the night, I think, of the 11th.
10     Q.   All right.  You don't recall any other
11 interaction with Ms. Hulsey from October 6th through the
12 10th?
13     A.   I do not.
14     Q.   Okay.  So on the 11th is when she asked you
15 for her vitals to be taken?
16     A.   Yes, sir.
17     Q.   And she told you she was not feeling well?
18     A.   Correct.
19     Q.   Did she ever use the phrase "I feel like I'm
20 dying"?
21     A.   No, sir.
22     Q.   And at the time that this was going on, you
23 were doing head count and med pass?
24     A.   And security check.
25     Q.   And security check.  And so did you do -- take

1 her vitals?
2     A. At this time, she was -- I had her sit across
3 from me at the table, and she did so. And when I began
4 to do -- to take her vitals, she had what appeared to me
5 as a seizure. I had reached over and grabbed her by the
6 front of her oranges to prevent her from falling and
7 hurting herself. I wasn't really in the position to be
8 able to go around the table in time to be able to like
9 take her to the floor, so...
10     Q. Ease her to the floor, I assume?
11     A. Sorry. Sorry. But I do recall that an inmate
12 did come over and assist me with it.
13     Q. Do you remember who that was, that other
14 inmate?
15     A. I do not recall.
16     Q. Do you remember if Tia Newman was involved in
17 that incident?
18     A. I don't remember if it was Tia Newman.
19     Q. Do you know Tia Newman?
20     A. I do.
21     Q. What about Deanna Brisco?
22     A. I don't recall if she was the one to assist
23 me.
24     Q. Okay. But there was some inmate that
25 assisted?

```
 1      A.   Yes.
 2      Q.   And the reason I was talking about "taking her
 3  to the floor," in a correctional setting, I was
 4  thinking --
 5      A.   Right.
 6      Q.   -- you know, going hands-on and maybe having
 7  to restrain somebody.
 8      A.   No, no.
 9      Q.   This was not a use of --
10      A.   No.  This was ease her to the floor so she
11  wouldn't hurt herself.
12      Q.   But not a use-of-force situation?
13      A.   No, sir.
14      Q.   Okay.  Did you have to grab an ammonia
15  capsule?
16      A.   I did not have the opportunity to as I was in
17  Big Dorm with her and the ammonia capsules are in
18  booking.
19      Q.   That was my next question.  I wanted to make
20  sure where this was, but this was in Big Dorm?
21      A.   Yes, sir.
22      Q.   Okay.  So you grabbed her.  Another inmate
23  assists.  Do you get her to the floor?  What happens
24  then?
25      A.   We were able to ease her to the floor so she
```

can finish her seizure. We had then moved her to her bunk, which was just mat in a plastic "boat," as we called them. And by this point, I had radioed for Mark Bryant to come back to the dorm.

    Q.   And was he your supervisor?

    A.   Yes, sir.

    Q.   Did you have any other supervisor on that shift?

    A.   Mark, our corporal. Roger Temple was the sergeant. And I think at that time, Josh Marriott was the FTO.

    Q.   All right. So did she get moved back to the bunk prior to Mark Bryant arriving?

    A.   Yes. We were able to move her there safely.

    Q.   Did you complete her vitals?

    A.   I was not able to complete her vitals.

    Q.   Did you get any of her vitals?

    A.   I did not. They would not read -- the blood pressure wouldn't read on them.

    Q.   What about the pulse ox; did you try that?

    A.   I don't remember.

    Q.   And do you recall if you took her temperature?

    A.   No, sir.

    Q.   You don't recall or you --

    A.   I don't recall.

1  Q.  So tell me what happened once Mark Bryant got
2  back there.
3  A.  When he came back, I was still next to
4  Ms. Hulsey, and I had explained to him that she had what
5  appeared to me was a seizure, what had happened.  We had
6  moved her back to her bunk.  And by this point, he was
7  trying to speak with her, but her tongue was out, and so
8  she was trying to talk around it.  He had asked her why
9  her tongue was out, just so he would have, I would
10 assume, a better understanding of what had happened.
11 Q.  All right.  And so she had difficulty speaking
12 because her tongue was out --
13 A.  Yes, sir.
14 Q.  -- following the seizure?
15 A.  Yes, sir.
16 Q.  She didn't have her tongue out before the
17 seizure, I take it?
18 A.  Correct.
19 Q.  Okay.  Did she have any difficulty explaining
20 to you that she wasn't feeling good before the seizure?
21 A.  No, sir.  She was able to speak clearly.
22 Q.  Could you make any other observations about
23 her condition other than her verbally telling you that
24 she didn't feel well?
25 A.  Her just being shaky.

1  Q.  All right.  And you weren't able to get her
2  temperature.  Do you know whether or not she felt hot or
3  felt cool?
4  A.  I do not -- I do not remember.  I'm sorry.
5  Q.  Do you know if she appeared to be weak at all?
6  A.  She appeared weak.
7  Q.  Do you know if she was sweating at all?
8  A.  I don't remember.
9  Q.  I know we had a lot of reports of her having
10 bowel movements.  Do you know if at that time she had
11 experienced a bowel movement?
12 A.  No, not that I can remember.  Not at that
13 time.
14 Q.  All right.  So after -- going back to Mark
15 Bryant is there, her tongue is out, and she's having
16 trouble talking because her tongue is out.  He says,
17 "Why is your tongue out?"  What happened after that?
18 A.  He tried asking her more questions, but by
19 this point, we both knew that we needed to contact the
20 nurse.  So we had her lay back down on her mat.
21      Mark went to booking to contact the nurse.  I
22 felt comfortable enough that I can go -- I was able to
23 leave her there because she was still coherent.  She was
24 laying down so she would not be able, if she did have
25 another seizure, to fall and hurt herself.

# CHEATHAM COUNTY SHERIFF'S OFFICE
## Jail Management - Intake Report

| | | | | | |
|---|---|---|---|---|---|
| Agency | CHEATHAM COUNTY SHERIFF OFFICE | Booking # | 161006-0062 | Arrest # | |

Intake Date 10/6/2016     Intake Time 13:12

### Arrestee

| | | | |
|---|---|---|---|
| Name | HULSEY, ANGELA DENISE | | |
| Address | 1915 HIGHWAY 12 NORTH  ASHLAND CITY TN 37015 | | |
| Phone | .615-981-1014 | Sex | F |
| DOB | 03/03/1982 (34) | Race | W |
| SSN | *******6721 | Ethnic. | N |
| DL | 091975203 TN | Height | 5'02" |
| FBI | | Weight | 120 |
| JRN | 1610060062 | Hair | BRO |
| DOC | | Eyes | BRO |
| SID | | MID | |

### Other

| | | | | | |
|---|---|---|---|---|---|
| Bias Description | NONE (NO BIAS) | Attorney | | | |
| Housing Facility | FEMALE DORM | Cash | $0.00 | Status | IN CUSTODY |
| Cell | 4 - MISDEMEANOR NON-SENTENCE | | | | |
| Arrest Location | CHEATHAM | | | | |
| Offense Location | CHEATHAM | | | | |
| Property Location | | | | | |

### Questions

| Number | 02 | Category | BOOKING | Answer | |
|---|---|---|---|---|---|
| Question | WHAT IS YOUR PLACE OF BIRTH? | | | Answer Desc. | NASHVILLE TN |

| Number | 04 | Category | BOOKING | Answer | N |
|---|---|---|---|---|---|
| Question | ARE YOU REQUIRED BY LAW TO REGISTER AS A SEX OFFENDER? | | | Answer Desc. | |

| Number | 03 | Category | BOOKING | Answer | Y |
|---|---|---|---|---|---|
| Question | ARE YOU A CITIZEN OF THE UNITED STATES? | | | Answer Desc. | |

| Number | 01 | Category | BOOKING | Answer | Y |
|---|---|---|---|---|---|
| Question | WERE YOU GIVEN THE OPPORTUNITY TO USE THE PHONE? | | | Answer Desc. | 10/07/2016 2152 BR<br>10/08/2016 @ 1338 JP<br>10/09/2016 @ 0945 DRH USED 5MIN<br>10-09-16 @ 1510 JK |

| Number | 05 | Category | MEDICAL | Answer | N |
|---|---|---|---|---|---|
| Question | ARE YOU TAKING MEDICATION AT THIS TIME? IF YES, WHAT KIND, HOW MUCH AND WHEN? WHO IS YOUR DOCTOR? | | | Answer Desc. | |

EXHIBIT 2
WIT: Durham
DATE: 1/4/19
P. Townsend, RMR, LCR, CCR

| Number | | Category | | Answer |
|---|---|---|---|---|
| 06 | | MEDICAL | | Y |
| Question | DO YOU HAVE ANY INJURIES AND/OR ILLNESS THAT NEED TREATMENT AT THIS TIME? IF YES, WHAT FOR? | | Answer Desc. | FLUID IN LEFT KNEE AND LEG |
| 07 | | MEDICAL | | N |
| Question | DO YOU HAVE SEIZURES? | | Answer Desc. | |
| 08 | | MEDICAL | | N |
| Question | ARE YOU A DIABETIC? | | Answer Desc. | |
| 09 | | MEDICAL | | N |
| Question | LIST ANY MEDICATIONS IN PRISONERS POSSESSION AT TIME OF BOOKING. | | Answer Desc. | |
| 10 | | MEDICAL | | N |
| Question | HAVE YOU TAKEN ANY DRUGS IN THE LAST 24 HOURS? IF YES, WHAT KIND, HOW MUCH, AND WHEN? | | Answer Desc. | |
| 11 | | MEDICAL | | N |
| Question | HAVE YOU ATTEMPTED SUICIDE IN THE LAST 24 HOURS? IF YES, WHAT METHOD? | | Answer Desc. | |
| 12 | | MEDICAL | | |
| Question | IF YES TO ANY OF THESE QUESTIONS, CALL NURSE. | | Answer Desc. | |
| 13 | | MEDICAL | | |
| Question | SIGN HERE TO CERTIFY THE INFORMATION GIVEN AT BOOKING | | Answer Desc. | |
| 14 | | MEDICAL | | Y |
| Question | DO YOU HAVE HEALTH/MEDICAL INSURANCE? (ADD PHOTO OF INSURANCE CARD TO MEDIA) | | Answer Desc. | TENN CARE |
| 15 | | MEDICAL | | |
| Question | IF SO WHO IS THE PROVIDER? POLICY #? AND PHONE NUMBER? | | Answer Desc. | |

10/12/16