# EXHIBIT H

```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION


MARGARET CRAIG, as next of      )
kin and personal representative )
of the estate of Angela Hulsey, )
                                )
          Plaintiff,            )
                                )
vs.                             )  No. 3:17-cv-01335
                                )  JURY DEMAND
                                )  JUDGE CAMPBELL
CHEATHAM COUNTY, TENNESSEE,     )  MAGISTRATE HOLMES
et al.,                         )
                                )
          Defendants.           )
```

**The deposition of**

**STEPHANIE GIZZI-BELL**

**November 6, 2018**

TAMI R. WEBB, RPR, LCR, CCR
ACCURATE COURT REPORTING
P.O. Box 682683
Franklin, TN  37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

```
 1  the jail?
 2       A.   In the jail.
 3       Q.   Okay.  As a detainee or inmate?
 4       A.   Yes, sir.
 5       Q.   Okay.  And your interaction with him had nothing to
 6  do with Ms. Hulsey?
 7       A.   No, sir.
 8       Q.   Okay.  Did you know Ms. Hulsey through the jail
 9  prior to October of 2016?
10       A.   Not that I can recall.
11       Q.   All right.  What's your first actual
12  recollection -- not that, you know, hey, there's an entry so
13  I must have done something -- but what's your actual first
14  recollection of having any kind of interaction with
15  Ms. Hulsey?
16       A.   It was October 12th, 2016.  I was relieved from the
17  kitchen.  I was told there was a female inmate that had used
18  the restroom on herself, to get her some clean clothes and
19  help her out.
20            When I came into booking, she was already at the
21  booking counter sitting in a chair.  I believe the nurse was
22  taking her vitals at the time.  I got -- I think I got the
23  size of her clothes; I retrieved clothes, hygiene products.
24  I could tell Ms. Hulsey was not feeling well so I stayed in
25  the shower with her and assisted her.  While in the shower, I
```

1  helped take off her adult diaper. I helped dry her hair.
2  I'm a mother so I nurtured her because I knew she
3  wasn't feeling well. We did have small talk. I asked her if
4  she used drugs; she said yes, and I believe she said at that
5  time it was fentanyl. I didn't know what fentanyl was then.
6  Q. Do you know now?
7  A. Yes.
8  I think I just asked her if she was done and she
9  said yes. She seemed embarrassed for using the restroom on
10 herself. And she cleaned herself up. We got her and put her
11 back in the cell.
12 Q. All right. When you say you could tell she's not
13 feeling well, what does that mean?
14 A. She was sweating, maybe some staggered breathing.
15 Just weak; she seemed weak.
16 Q. And you mentioned when you first saw her she was
17 already at the booking counter?
18 A. Yes, sir.
19 Q. And I think you said that the nurse was taking her
20 vitals at that time --
21 A. Yes, sir.
22 Q. -- when you first saw her?
23 Okay. Was she exhibiting those - the sweating, the
24 staggered breathing, and weakness - at the booking counter?
25 A. Yes, sir.