# EXHIBIT I

```
              IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION


MARGARET CRAIG, as next of      )
kin and personal representative )
of the estate of Angela Hulsey, )
                                )
          Plaintiff,            )
                                )
vs.                             )   No. 3:17-cv-01335
                                )   JURY DEMAND
                                )   JUDGE CAMPBELL
CHEATHAM COUNTY, TENNESSEE,     )   MAGISTRATE HOLMES
et al.,                         )
                                )
          Defendants.           )
```

---

**The deposition of**

**BRANDON REASONOVER**

**November 6, 2018**

---

TAMI R. WEBB, RPR, LCR, CCR
ACCURATE COURT REPORTING
P.O. Box 682683
Franklin, TN  37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

1     I don't know if you have that handy or not.
2     Q.  It's probably in that group, but that's okay.
3     A.  Okay.
4     Q.  I'm less concerned about the documents at this point. I can -- I can kind of read those and kind of get a clue. I'm trying to just know what you recall independently of the documents.

So what do you recall from that morning in your interaction with her?

A.  As I was walking by the cell, she did instruct me that she did not feel well and needed to see the nurse. I told my supervisor, which was Ben Moore. He told me to go get the nurse. She was out back smoking at that time on a break. I went out to instruct her that she didn't feel well and needed to see her. She said she would be in in a few minutes, she was going to put her cigarettes up. And within a couple minutes she was in.

Somewhere during that time frame, it was either Ben or myself or Ben and myself had got her to a chair there at the counter. We did realize that -- I don't remember if this was right before or right after the nurse come in that she had had a bowel movement. He instructed me to go -- to go to upper control because he was going to move some people around to get a female, which was Ms. Gizzi-Bell, to come to booking to help assist with her.

1  And then that -- that was kind of it for me. I
2  went to the control room. I -- I did not know that anything
3  had went -- had took place further until I seen EMS pull up
4  out back.
5  One of the cameras that kind of showed the back
6  parking lot are right there at the booking door. That was
7  the next time that I -- that I realized something had went
8  wrong.
9  Q. Did you have any further interaction with
10 Ms. Hulsey or this incident?
11 A. No, sir.
12 Q. All right. Did you contact 911 or have any
13 conversation with 911 about this incident?
14 A. No, sir. My supervisor did.
15 Q. All right. Did you travel with Ms. Hulsey to the
16 hospital or anything like that, deal with the --
17 A. No, sir. I believe another officer had followed
18 EMS there.
19 Q. All right.
20 A. It wasn't me, though.
21 Q. You don't have any access or control over any of
22 the videos at the jail, do you?
23 A. No, sir.
24 Q. Okay. You mentioned you could see it at the
25 control room, I guess.