IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARGARET CRAIG, as next of kin and personal representative of the estate of Angela Hulsey, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 3:17-cv-01335 JURY DEMAND |
| CHEATHAM COUNTY, TENNESSEE; BEN MOORE; MARK BRYANT; et al., | ) ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

**NOTICE**
(Of Filing of Depositions and Documents in Support of Plaintiff's Responses in Opposition to Defendants' Summary Judgment Motions)

Comes the Plaintiff, by and through undersigned counsel, and gives notice of filing of the following documents in support of Plaintiff's Responses in Opposition to the Defendants Motions for Summary Judgment:

1) Portions of Deposition of Dr. Nolan;
2) Portions of Deposition of Dr. Horton;
3) Portions of Deposition of Billy Jack Newman;
4) Portions of Deposition of Jeremy Shivers;
5) Portions of Deposition of Mark Bryant;
6) Portions of Deposition of Jessica (Plank) Treichler;
7) Portions of Deposition of Johnny Hannah (Rule 30(b)(6) Designee);
8) Portions of Deposition of Harley (Gerow) Durham;
9) Portions of Deposition of Tia Newman;
10) Portions of Deposition of Benjamin Moore;
11) Portions of Deposition of Mike Montgomery;
12) Portions of Deposition of Tashia Biggs;
13) Portions of Deposition of Jeff Key; and
14) Booking Logs for October 6 - 9, 2016.

Respectfully submitted,

MOSELEY & MOSELEY
ATTORNEYS AT LAW

BY: /s/ James Bryan Moseley
    James Bryan Moseley, No. 021236
Attorneys for Plaintiff

237 Castlewood Drive, Suite D
Murfreesboro, Tennessee 37129
615/ 254-0140
Fax: 615/ 244-2270

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of July, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, if any, will be served separately. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Jeffrey Beemer, Esq. | Robyn Williams, Esq. |
| Ariel M. Kelly, Esq. | Cassandra M. Crane, Esq. |
| 424 Church St., Suite 800 | 211 Seventh Ave. N, Suite 500 |
| Nashville, Tennessee 37219 | Nashville, Tennessee 37219 |
| Attorneys for Defendant Cheatham County | Attorney for Individual County Defendants |

Marc Dedman, Esq.
**SPICER RUDSTROM, PLLC**
414 Union Street, Suite 1700
Nashville, Tennessee 37219
Attorney for Defendant Plank

                        /s/ James Bryan Moseley
                            James Bryan Moseley

Copy to: Raymond T. Throckmorton, III, Esq.