IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARGARET CRAIG, as next of      )
kin and personal                )
representative of the estate    )
of Angela Hulsey,               )
                                )
          Plaintiff             )
                                )
vs.                             )   Case No. 3:17-cv-01335
                                )   JURY DEMAND
                                )   JUDGE CAMPBELL
CHEATHAM COUNTY, TENNESSEE,      )   MAGISTRATE HOLMES
BEN MOORE, MARK BRYANT,          )
STEPHANIE GIZZI-BELL, JESSICA    )
PLANK, et al.,                   )
                                )

          Defendants

_____

**The deposition of**

**JULI GARNER HORTON, M.D.**

**May 29, 2019**

_____

CHERYL H. CARTER, RPR, LCR, CCR
Accurate Court Reporting
P.O. Box 682683
Franklin, TN 37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

1 someone is suffering from withdrawal or staph

2 bacteremia."

3          When you say "withdrawal," are you talking

4 about drug withdrawal?

5      A.   Yes.

6      Q.   Okay.  Are you able to give an opinion of

7 whether or not Ms. Hulsey was actually suffering from

8 any type of withdrawal during this period of time?

9      A.   I do not know.

10      Q.   The fact that she had positive drug screens

11 prior to going to the jail, does that tell you in terms

12 of proximity to her arrest when was the last time she

13 actually may have used a drug?

14      A.   It may tell someone that.  I don't know.

15 These different drugs have different half-lives, so some

16 may have been there for a long time.  Some -- I only

17 know cocaine has a very short one, so if that's there,

18 it's probably been recent use.  Other ones I can't tell

19 you specifically how long, what that means.  I would say

20 recently, so...

21      Q.   Part of taking a deposition like this is also

22 kind of an elimination process, and I want to make sure

23 that if this case goes to trial that you're not going to

24 start giving opinions about drug half-lives and whether

25 or not she was suffering withdrawal or anything of that

1  nature.

2          As we sit here today, do you have any opinions

3  about whether she was actually suffering from any type

4  of drug withdrawal?

5          A.   I do not.

6          Q.   Okay.  When you're talking about

7  distinguishing between whether it is withdrawal or

8  whether it's an infection, would you first agree that

9  drug withdrawal can also be a serious medical condition?

10         A.   Yes.

11         Q.   Is there particular ways in which medical

12  professionals are able to distinguish between a person

13  who is withdrawing or somebody that has an infection?

14         A.   I think oftentimes it's a clinical scenario

15  where we -- patient gives a history of drug use.  It's

16  in that window period patients will often tell you these

17  are what my withdrawal symptoms are like, and I think

18  it's a -- basically a process of elimination.  If

19  there's some concern that there's something more to it

20  than just simple withdrawal, infection -- obviously

21  tests for infection would involve blood work and

22  cultures and other -- you know, measuring their vital

23  signs and other things which may help to lead one down

24  one path versus another.

25         Q.   And can you have both at the same time, you

1  have an infection and be withdrawing from drugs?

2      A.   Yes.

3      Q.   Would that make either or the other more

4  serious?

5      A.   Potentially, yes.

6      Q.   Now, you use a phrase here, and we've talked

7  about it a little bit, but you talk about "Ms. Hulsey's

8  fecal incontinence was an alarming symptom."

9           I'm assuming "alarming symptom" is not a

10 particularly medical specific term, but when you're

11 using this phrase "alarming symptom," what do you mean

12 by that?

13     A.   I mean, it's not something you often hear

14 patients complain about or it's something that catches

15 my attention when I hear someone say that.

16     Q.   All right.  In what way?

17          What would you -- how would you respond then

18 with that type of information?

19     A.   Well, I would want to know more surrounding

20 that.  What led to that, what -- often what does the

21 patient think this is.  Has this happened before.  How

22 many times has this happened.  Am I giving you a

23 medicine that's causing this to happen.  Is there

24 further -- is there further investigation that was

25 warranted based on that as opposed to something like

1  with seizures.

2       Q.   All right.  Do you know if she was

3  unresponsive during that time?

4       A.   I believe there was some testimony that she

5  was answering questions or answer -- responding in some

6  way.

7       Q.   Do you know what was being done at the time

8  that she exhibited these seizure-like symptoms to

9  Ms. Durham?

10            MR. BEEMER:  Object to the form.

11       A.   I'm not sure I specifically recall.

12       Q.   (By Mr. Moseley)  Okay.  Do you recall if her

13  vital signs were being taken?

14       A.   I don't recall.

15       Q.   In your opinion, is that event a sign of a

16  serious medical condition?

17       A.   It could be a sign of a serious medical

18  condition.  I think syncopal episodes happen frequently

19  and often resolve, and they're not serious medical

20  conditions.  Again, working on the description of this,

21  I think it's difficult to say.

22       Q.   You're aware that Ms. Durham described it as a

23  seizure event?

24       A.   Yes.

25       Q.   Okay.  Assuming it was a seizure event, would

1  you consider that a serious medical condition?

2         MR. BEEMER:  Object to the form.

3         MS. WILLIAMS:  Same.

4     A.   If she had had a seizure, yes.

5     Q.   (By Mr. Moseley)  And would the proper

6  response have been to either contact a doctor or take

7  her to the hospital?

8     A.   Yes.

9     Q.   Going to the, I guess, second to the last

10 paragraph on the last page of your report, it's your

11 opinion she suffered an anoxic brain injury related to

12 septic shock?

13    A.   Yes.

14    Q.   And that was following her heart attack that,

15 again, was caused by the infection?

16    A.   Yes.

17    Q.   The last sentence of that paragraph says, "It

18 would be speculation as to whether transferring her to

19 the hospital on October 11th, 2016, after she appeared

20 to have a seizure would have changed this outcome."

21         What is that based on?

22    A.   Well, I think we don't know what would have

23 happened had she gone to the hospital, what treatment

24 would have been rendered, what investigation -- what

25 workup would have been done.