```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF TENNESSEE
```

----------------------------------------------------------

MARGARET CRAIG, as next of kin
and personal representative of
THE ESTATE OF ANGELA HULSEY,    Case No. 3:17-cv-01335

          Plaintiff        JUDGE CAMPBELL/
                               MAGISTRATE JUDGE HOLMES
vs.
                               JURY DEMAND
CHEATHAM COUNTY, TENNESSEE; BEN
MOORE, MARK BRYANT, STEPHANIE
GIZZI-BELL, JESSICA PLANK,
KEITH PFEIFFER, MICHAEL
MONTGOMERY, JUSTIN PAUL, BRANDON
REASONOVER, TASHA BIGGS, HARLEY
GEROW, JOSH MARRIOTT, JEFFREY
GOAD, JUDY KING, ROGER TEMPLE,
JEFF KEY, and JAMES BARNUM,

          Defendants

----------------------------------------------------------

DEPOSITION OF:

BILLY JACK NEWMAN

Taken on behalf of the Defendants

Thursday, January 24, 2019

----------------------------------------------------------

BERES & ASSOCIATES
Licensed Court Reporters
Post Office Box 190461
Nashville, Tennessee 37219-0461
(615) 742-2550
beresandassociates.com

14
Deposition of Billy Jack Newman

```
 1   in 2015 and some parts of 2016?
 2        A.   No, ma'am.
 3        Q.   Are you aware of any medical conditions that
 4   Ms. Hulsey had?
 5        A.   I'm not, like -- I know, like, when I seen
 6   her in the jail --
 7             See, I was on my way to prison.  I was
 8   waiting on the bus.  They brung her in from the street,
 9   but she's been in the hospital because I know Melissa
10   Brewer and her -- I know she was in the hospital, but
11   she kept getting out and leaving.
12             And she had some kind of infection, like in
13   her blood and her heart.  And, like, she was telling
14   them in the jail, and basically, they wasn't doing
15   nothing about it.  Like telling her to quit faking it,
16   basically.
17        Q.   When you say that --
18        A.   She was, like, shitting, using number 2 on
19   herself and shaking.  She had to take, like, three
20   showers a day.
21             See, I was in booking with her.  I was in 2.
22   Me and this other guy named Demon Jackson, we was in
23   Cell 2.  She was in Cell 3 with Crystal Dawn and all of
24   them, whatever her name is.
25             She was having to take showers because she
```

Beres & Associates
Case 3:17-cv-01335   Document 117-3   Filed 07/03/19   Page 2 of 15 PageID #: 1002

1  Q.  And so when she came in, you said you saw
2  her.  Describe what she looked like.
3  A.  She looked -- she looked real sick, man.
4  Like she should have been in the hospital.  Real sick.
5  Q.  Okay.  And --
6  A.  Like --
7  Q.  And I know it's hard --
8  A.  You can tell she had some type of infection
9  running through her blood.  God dang.  That's why I
10 don't understand why they didn't, like, just take her
11 to the hospital, man.
12     I mean I was sitting there, and they told
13 her -- they just wouldn't take her to the hospital.
14 Hell, she was sitting there shaking.  They even took
15 her in the back, back there, where they sit at in the
16 little thing, when you come down and do the visits
17 right there.
18 Q.  I'm not sure where you're talking about.  Are
19 you talking near the sallyport or --
20 A.  No.  In booking.  In booking.  There's a
21 little area they sit in with the cameras, speaker.
22     They even took her in there and checking her
23 out.  And a nurse come in there.  I mean they just
24 wouldn't -- they wouldn't help the poor woman.  They
25 wouldn't take her to the hospital.  They wouldn't do

```
 1  nothing.
 2         She even told them she done been in the
 3  hospital for the blood infection.  It's called some
 4  shit.  I don't even know the name of the infection, but
 5  it goes into your heart.
 6     Q.   So you were able to hear this conversation?
 7     A.   Hmm?
 8     Q.   You were able to hear this conversation?  Or
 9  did you hear it --
10     A.   Yes, ma'am.  I'm Cell 2.  I'm right here.  I
11  mean --
12     Q.   You said they took her in a different room --
13     A.   I could reach out and touch it.
14     Q.   Okay.  So I'm sorry.  I'm just trying to
15  understand.
16         Like in booking, she's sitting at like the
17  counter in booking?
18     A.   They took her out of the cell.  They had her
19  cuffed up because they got into it.  And they was
20  sitting her in the chair.
21         For some odd reason, they took her around the
22  thing, and they -- I'll rephrase that.  She come out of
23  the shower.  She just had a accident on herself again
24  so they had to give her another shower, and they walked
25  her around and walked her back in there.
```

1  just saying based on the time you had seen her before,
2  was her weight up?  Down?
3      A.  Oh, hell, no.  It was way down.  She done
4  lost a lot of weight.  I mean that shit, that infection
5  she had going on, and she done been admitted in the
6  hospital.
7      Q.  So how did you know she had an infection?
8      A.  Hmm?
9      Q.  How did you know she had an infection?
10     A.  Because she was in the jail talking about it.
11     Q.  Okay.
12     A.  When she come in, she was telling them.  She
13 told the CO.  She told all of them.
14         That's why I told her.  I told her she should
15 have kept her ass in the hospital because she said she
16 was in the hospital.
17         I said, "Why did you leave, Angela?"
18         She left out of the hospital.  Said she
19 didn't want to be in there, and she left out.
20         I said, "Damn, woman."
21         I guess she done got out.  I don't even know
22 why she was in jail for.  But they got her in jail.
23 They brung her in there.  Hell, she couldn't go back to
24 the hospital.
25     Q.  I'm sorry.  I just want to make I understand

1  what you're saying.  So you're saying that she left the
2  hospital because she didn't want to stay in the
3  hospital.
4      A.  I guess, what she was saying.  That's what
5  she was talking about in there.
6      Q.  Was she talking to you about that, or was she
7  talking to somebody else?
8      A.  She was talking to me and the other people.
9      Q.  And was that while she was in her cell and
10 you were in yours?  You were talking through the walls?
11     A.  Yeah.  Through the -- I didn't have no -- had
12 bars.  You know what I mean?  They got a little door.
13 But yeah.
14     Q.  Okay.  So the first day, you described what
15 she looked like.  Did you notice at any point that she
16 got worse or her symptoms seemed to change?
17     A.  I mean the first day they brung her in there,
18 she wasn't, like -- she wasn't, like, using the
19 bathroom on herself as much.  She was sitting in there.
20 And they brung her in.  She couldn't stand up.  I
21 remember that.  She was so weak.  They had to get her a
22 chair, sat down.  And they put her in there in the
23 cell.
24     Q.  Are you talking about the last day you saw
25 her?

1  A.  The first day I seen her, she come in the
2  cell.  She was so damn weak, she couldn't stand up.
3  They had to give her a chair to sit down.  They cuffed
4  her to the rail.  They was booking her in.  She was
5  so -- damn, she was so weak, man.  I mean --
6  Q.  And so do you know if she saw the nurse?
7  A.  Yeah.  The nurse station is right there.  The
8  nurse would come out and talk to her, I mean, but --
9      Nurse down there at the time, that nurse,
10 man.  I was in there, I mean they --
11 Q.  So are you still talking about the first day
12 when she came in, you think you saw the nurse talking
13 to her?  Or was that later?
14 A.  The nurse was talking to her when she come
15 in.  She was telling her that she was sick, she needed
16 to go to the hospital and all this and that.
17     And they was telling her -- I don't know what
18 they was telling her because I couldn't really hear
19 that.  But I know I heard her telling her she was sick.
20 She needed to go to the hospital.  She had that blood
21 infection, some kind of infection, some shit.  I don't
22 know what she was in the hospital for.
23 Q.  Okay.  And Ms. Hulsey told you it was a blood
24 infection?
25 A.  She said it was some kind of infection she

1 had going on with her. I don't know.
2 Q. Did she ever talk to you about whether she
3 was on any medication for that?
4 A. No, ma'am. She just said she was in the
5 hospital.
6 Q. Okay. So I mean you saw the nurse
7 occasionally talking to her on other occasions besides
8 the one you're talking?
9 A. No, not occasionally. I mean just one time
10 and --
11 Q. One time.
12 A. Hell, the couple times, that one or two times
13 here and there. I mean the woman was so sick, hell,
14 that nurse wouldn't even talk to her that much.
15 Q. Do you know if Ms. Hulsey asked for any other
16 medical attention besides the first day when you were
17 talking about she said she needed to go to the
18 hospital?
19 A. Ma'am, that woman was begging the whole time
20 she was there. I mean properly begging, man.
21 Everybody who come through there. Everybody.
22 Q. Do you know if she ever requested to be moved
23 to the back?
24 A. No. She did not want to go to the back at
25 all. They put her to the back. Then they had to bring

1     Q. Do you know that? The reason I ask, because
2 you're under oath --
3     A. I know they did. I know they talked to her.
4 I know she did, but -- that day, yeah, but I don't
5 know, like, what amount of hours. You know what I
6 mean? It was pretty -- It was pretty --
7     I don't know. If I had to guess, I'd say
8 five, six hours after she walked in.
9     Q. What happened after five --
10     A. Huh?
11     Q. After five to six hours, what happened?
12     A. I mean she was asking to talk, to be seen
13 medical-wise.
14     And Jessica and them, they seen her, but she
15 was complaining. From the point she walked in that
16 door, she was telling them that she needed to go to the
17 hospital. She was sick. She had a blood infection.
18 She was telling Jessica and all of them.
19     And that's when all the dumb shit, "quit
20 faking it" and all that fucking shit. She was shitting
21 on herself and shaking and weak as hell.
22     Took her to the shower. She'd bathe. Come
23 right back out. That's why they wanted to put her out
24 of the cell. She's in there shitting on herself.
25     Crystal and them, they sitting there and

1  being mean to her.  You know what I mean?
2          I got on them.  I told them to leave her
3  alone, you know, because, hell, help her out because
4  she's real sick.  At the point in time, they got into
5  it so they had to cuff her.  Pulled poor little Angela
6  out, put her in a chair and cuffed her.
7          And that's when they tried to put her in the
8  back.  Talked about putting her in the back because of
9  that, some shit like that.  It was something to do with
10 that.  They was wanting to put her in the back.  And
11 Angela wasn't wanting to go to the back.  She was
12 wanting to go to the hospital.
13         So they put her in the damn back.  After
14 that, she come back up to the front because she was
15 all -- she was bad then.  I mean she come back up
16 there.  She was real bad.  That's when they took her in
17 there, man.
18         They brung her -- it's starting to come to me
19 now.  It's starting to come to me because when they
20 brung her back up, that's when she was shaking and
21 real, real weak.  And that's when they walked her
22 around in that room.  That's when they took her in
23 there.
24         That's when Jessica and them checked her
25 vitals.  Jessica and them went in the room with her.

1  a question and an answer.
2         So I'm going to ask my question.  That way,
3  you make sure that you are answering the question
4  that's asked, okay?
5         So when she was brought back from the big
6  dorm and then was seen by the nurse -- just let me ask
7  it this way.
8         Can you tell us everything that Ms. Hulsey
9  said to the nurse at that time?  I know you already
10 told us, but --
11     A.  She was coming through the door, like CO was
12 bringing her in and had her by the arm.  She was
13 shaking and stuff, and Jessica was coming out of the
14 room.  And she told her that she needed to go to the
15 hospital.  She was real sick, that it was getting
16 worse.  And she was getting real weaker.
17        And that's when they took her around, took
18 her in the room.  And that's when Jessica and them went
19 in there.
20        And other than that, can't really recall.
21        But then when she come out, they put her back
22 in Cell 3.  That's when they started talking in there,
23 mumbling and talking.  That's when I heard "faking and
24 shit," "faking it," "faking and shit."
25        I guess they thought she was trying to get to

1  nail down.  Ms. King and all them.
2     Q.   And what you're referring to is the time
3  right after the nurse had seen her right after she had
4  been brought back from the dorm?
5     A.   Yeah. Right after.  Right after.  Right
6  after all that happened, and they was in there, and
7  they was in there mumbling.  They took her to the cell.
8  And that's when they was in there.  That's when they
9  was talking.  And I guess they was discussing, "Oh,
10 hell.  She's faking it."  Shit like that.
11    Q.   I knew you were asked a little bit about this
12 before, and you described it.  She looked sick, but in
13 terms of what you could observe of Ms. Hulsey, if I
14 could go over some of that with you.
15         You mentioned her eyes early on.  Was there a
16 color change in her eyes?  What was it about her eyes
17 that gave you the impression that she was sick?
18         MR. DEDMAN:  Object to form.
19    A.   More of a -- more of a, like -- like -- her
20 eyes was like -- that's what she was trying to get me
21 to say.
22         Her eyes was like -- it was real like a
23 weakness.  You know how you struggle to hold your eyes
24 open, like a fluttering?  Like eyes fluttering?
25         I was going to say a little, like -- like

1  bloodshot, but not from being high, from sick.  You
2  know what I mean?
3      Q.  (By Mr. Moseley)  Okay.
4      A.  It was like bloodshot.  You know what I mean?
5      Q.  Sure.  That's helpful.
6          What about her skin.  You mentioned there was
7  something about her skin.  What did you notice about
8  her skin?
9      A.  She was pale, man.  Like pale.
10         Real, like, dragging, man.  She was so weak.
11 You could tell she was real, real weak.
12     Q.  I think you mentioned shaking.
13         Did you notice whether or not she was
14 sweating at all?
15     MR. DEDMAN:  Object to form.
16     A.  Sweating?  I ain't for sure on that.
17         But shaking.  When they brung her back, she
18 was really shaking.  I mean it was really bad then.
19     Q.  (By Mr. Moseley)  When you say "it was really
20 bad," what do you mean?  Shaking really bad?
21     A.  It was worse.  The shaking and all that was
22 bad.  The weakness and shakiness was a lot worse.
23     MR. MOSELEY:  That's all I have.
24
25

```
 1   there asking you.
 2       Q.   Okay.  That's what I want to know because I
 3   don't understand.  I want to --
 4            So when you come in and you're being booked
 5   in, the intake officer is asking you questions.  And
 6   they're either typing that in the computer or
 7   handwriting that.  Do you know which one?
 8       A.   They fingerprint you and type you.  Hell,
 9   they handwrite it.  They do all sorts of things.  I
10   don't know.  That's Cheatham County.  I don't know.
11       Q.   Okay.  So do you sign anything when you're
12   being booked in?
13       A.   Do I sign anything?
14            I mean yeah.  You've got to sign when you
15   come in and when you leave out.
16       Q.   But you're not filling out paperwork yourself
17   as you're being booked in?
18       A.   I ain't never filled it out.
19       Q.   Okay.  And when you want to see the nurse,
20   how do you see the nurse?
21       A.   They got a little kiosk.  You fill out on a
22   little system they built that chews the shit out of
23   you.  It takes all your money.  You get on there, and
24   you email her.  She looks at her email.
25       Q.   And you say "she."  You're talking about the
```

1  Nurse Plank?

2    A.   Ms. Jessica looks at the email and --

3    Q.   So when you're in booking, do you also have

4  access to a kiosk?

5    A.   No, no, no.  You don't.

6    Q.   So what do you do when you're in booking?

7    A.   Like poor old Angela was doing, begging for

8  help.

9    MS. WILLIAMS:  Okay.  That's all I have.

10    We're done.  That's all.

11    (Deposition concluded at 1:40 p.m.)