```
         IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION

MARGARET CRAIG, as next of     )
kin and personal               )
representative of the estate   )
of Angela Hulsey,              )
                               )
         Plaintiff,            )
                               )
                               )
                               )  No. 3:17-cv-01335
vs.                            )  JURY DEMAND
                               )  JUDGE CAMPBELL
                               )  MAGISTRATE HOLMES
                               )
CHEATHAM COUNTY, TENNESSEE,    )
BEN MOORE, MARK BRYANT,        )
STEPHANIE GIZZI-BELL, JESSICA  )
PLANK, et al.,                 )
                               )
         Defendants.           )
```

---

**The Deposition of**

**MARK MITCHELL BRYANT**

**January 14, 2019**

---

Penny Townsend Morrison, RMR, LCR, CCR
Accurate Court Reporting
The Pilcher Building
P.O. Box 682683
Franklin, TN 37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

1  immediately.
2      Q.   Do you know what the end result was?
3      A.   I do not.
4      Q.   So you don't know if he died or whether or not
5  he's --
6      A.   I do not.
7      Q.   -- still alive today?
8      A.   I do not.
9      Q.   All right.  Did you ever have the occasion to
10 deal with an inmate or detainee at the Cheatham County
11 Jail who, in fact, did die?
12     A.   No.
13     Q.   Did you ever have an occasion to deal with an
14 inmate -- excluding Ms. Hulsey's situation -- at the
15 Cheatham County Jail who had some type of infection or
16 illness that required you to call the doctor?
17     A.   Not that I'm aware of.
18     Q.   Do you know what sepsis is?
19     A.   Infection of the blood.
20     Q.   Do you know what MRSA is, M-R-S-A?
21     A.   It's a skin infection.
22     Q.   Did you ever have to deal with inmates or
23 detainees that either has sepsis or MRSA?
24     A.   No.
25     Q.   Generally speaking, when an inmate or detainee

1 gets arrested and brought into the jail, what's the
2 intake process?
3     A.   We fill out a booking card.  Take all their
4 information, including address, emergency contacts.  We
5 will also fill out charges, that sort of thing, on the
6 cards.  And there's questions, some medical questions.
7 We ask them if they are on any drugs or alcohol.  Ask
8 them if they are suicidal.  I can't remember everything
9 but, you know, just basic information that we'll need.
10     Q.   Is that done on a physical piece of paper --
11     A.   Yes, sir.
12     Q.   -- or is it done electronically?
13     A.   Yes, sir, on a piece of paper, and then
14 transferred to a computer.
15     Q.   Okay.  I'm going to jump ahead one more time
16 real quick.
17     Do you know if you personally were involved in
18 the intake of Ms. Hulsey?
19     A.   I don't believe so.
20     Q.   Okay.  Do you know what would have become of
21 her booking card, the original hard copy?
22     A.   It would have been archived.
23     Q.   Okay.  And where is the archives?
24     A.   There's a little storage area right outside
25 the jail that used to be a vehicle sally port, and

```
                                                              26
 1   there's some filing cabinets.
 2        Q.   All right.  Do you know of any reason why that
 3   hard copy for Ms. Hulsey would no longer exist?
 4        A.   Poor management of filing.  It was a thing --
 5   it was usually a thing, you know, to get somebody to do
 6   it.
 7        Q.   All right.  Let me ask it this way:  You don't
 8   know of any flood or fire that would have destroyed
 9   records.  Correct?
10        A.   No, I don't.
11        Q.   It terms of being able to determine who
12   actually conducted Ms. Hulsey's intake, how would one go
13   about doing that?
14        A.   You should be able to look it up in the
15   computer.
16        Q.   All right.  We had received what I'm assuming
17   is an electronic printout, and this was made Exhibit 2
18   to Ms. Durham's deposition earlier.  I don't know.  Have
19   you seen this printout before?
20        A.   I may have at some point.
21        Q.   Okay.
22        A.   But I haven't seen it since I've been not
23   employed there.
24        Q.   Okay.  Do you know, based on this document,
25   how you would determine who it is that prepared the
```

```
                                                                27
 1   intake?
 2         A.    It's been a while since I've looked at this
 3   so, bear with me.
 4               I don't.  I feel like I remember there was
 5   some kind of way to know who keyed it into the computer,
 6   but it wouldn't have just been on this form.  It might
 7   have been on another page, because there's, you know, 20
 8   pages probably.  But yeah, I don't see it on here.
 9         Q.    All right.  In the hard copy that is prepared,
10   is there also a place to note the intake officer's
11   observations?
12         A.    Yeah, there sure is:  Whether they're calm,
13   intoxicated, cooperative, that sort of thing.  Yes, sir.
14         Q.    So if somebody and intoxicated --
15         A.    Sure.
16         Q.    -- but was asked, "Have you had anything to
17   drink?" and they say, "No," you're still able to put in
18   information that says they appeared intoxicated?
19         A.    Whatever we observed.
20         Q.    Okay. Do you know if that information would
21   be included in this printout form, or is there -- you
22   said 20 pages.  I don't know if that means there's
23   another page for observations or what.
24         A.    Well, it would have, you know, all the
25   charges, you know, things that happened after that.
```

1  Twenty might be an exaggeration, but I'm not really
2  sure.
3      Q.   Okay.  Is there anyplace on these two pages
4  that we've been provided that would include the
5  observations of the intake officer?
6      A.   No, sir.
7      Q.   All right.  And so if that was -- in
8  Ms. Hulsey's case, if there were observations made, we
9  will need to look back at the original hard copy?
10     A.   I would assume so.
11     Q.   Okay.
12     A.   Because I don't see it on this anyway.
13     Q.   All right.  Do you know what the jail protocol
14 is for an inmate or detainee that gets arrested and is
15 suffering from some type of drug withdrawal or detox?
16     A.   One more time.
17     Q.   What's the procedure that the jail will follow
18 if an arrestee comes in and they are suffering from
19 withdrawal from drugs or detoxing from drugs?
20     A.   So if we were under the impression they were
21 drunk or on drugs, we would call the nurse or a
22 supervisor if we needed to -- see if we needed to do
23 anything other than medical observation.
24     Q.   All right.  And after they're brought in and
25 the intake is done, how long are they kept in the

```
 1  someone is suspected to be withdrawing from drugs is not
 2  enough --
 3       A.    No.
 4       Q.    -- to warrant a call to medical.  Is that
 5  correct?
 6       A.    That's correct.
 7       Q.    Okay.  Did you know -- getting specific about
 8  Ms. Hulsey now.  Did you know Ms. Hulsey prior to
 9  October 2016?
10       A.    Not that I'm aware of, no, sir.
11       Q.    So you didn't have any other interaction with
12  her if she was a prior detainee or anything like that,
13  to your recollection?
14       A.    Not that I recall, no, sir.
15       Q.    What is the first recollection you have of
16  Ms. Hulsey in October of 2016?
17       A.    Of the night I brought her up to booking, took
18  her vitals, and put her on med watch.
19       Q.    Do you know what night that was?
20       A.    I believe it was the 11th, October 11th.
21       Q.    Okay.  What's your recollection of that night?
22       A.    There was a call over the intercom, I believe,
23  from one of the other inmates to the effect that there
24  was some kind of medical emergency.  I don't remember if
25  I went back there by myself or if somebody went before
```

43

ACCURATE COURT REPORTING (615) 244-DEPO OR 244-3376
Case 3:17-cv-01335   Document 117-5   Filed 07/03/19   Page 7 of 14 PageID #: 1028

me. I just know when I got there she was laying on her bunk.

I believe I asked her if she was okay. She was talking to me. I think I helped her up from her bunk. She said she was in pain, felt weak. I escorted her to booking and sat her in a chair and took some vitals.

Q. All right. Do you recall what those vitals were?

A. They were within normal.

Q. Did you log those in any form? Do you know?

A. Not that I recall.

Q. Did you call the nurse?

A. Yes, sir.

Q. What did you tell the nurse?

A. That Ms. Hulsey was complaining of some pain. She wasn't feeling right.

Q. Anything else?

A. No, not really. Not that I remember. I just know that she just didn't feel good. My assumption was detox symptoms.

Q. Did you communicate that assumption?

A. Well, I mean, I think it was already something that the nurse was aware of.

Q. How do you know that?

1    A.   Well, I don't honestly, but...

2    Q.   So do you know whether or not you personally

3 communicated to Nurse Plank that you suspected drug

4 detox or withdrawal?

5    A.   No, not during that phone call.  No.

6    Q.   Do you recall whether or not you communicated

7 the vitals?

8    A.   Yes, of course.  That would be the whole

9 reason for the phone call.

10   Q.   Okay.  And you would have given the actual

11 values, the numerical values?

12   A.   Yes.

13   Q.   Okay.  You don't recall what those were?

14   A.   No, sir.

15   Q.   And you didn't log them?

16   A.   No, sir.

17   Q.   Do you recall telling the nurse that

18 Ms. Hulsey was panicking?

19   A.   I believe so.

20   Q.   Okay.  And what do you mean by "panicking"?

21   A.   She was just -- it just seemed like she didn't

22 want to be in the back anymore, so it kind of seemed

23 like a way for her to get out of there, was to ask for

24 some medical attention.

25   Q.   All right.  Did you ever tell the nurse that

1  Ms. Hulsey had suffered a seizure?
2      A.  I didn't see Ms. Hulsey have a seizure.
3      Q.  Were you ever told by anybody that Ms. Hulsey
4  had a seizure?
5      A.  Not that I recall.
6      Q.  If you had been told that she had suffered a
7  seizure, what would your response have been?
8      A.  I would have passed that information along.
9      Q.  Do you recall what the nurse told you?
10     A.  Since she had -- Ms. Hulsey was complaining of
11 some pain, I think we gave her some ibuprofen or
12 acetaminophen.  I don't remember which one.
13     Q.  Do you know what kind of pain she was
14 describing?
15     A.  Everywhere.  She just said she hurt from her
16 head to her toes, I'm sure.
17     Q.  All right.  Not specifically a headache?
18     A.  No.
19     Q.  Okay.  I understand from the records that she
20 was placed on a headache protocol in terms of medical --
21     A.  Okay.
22     Q.  -- response.
23         Do you recall telling Nurse Plank that she had
24 a headache?
25     A.  No, I don't recall that, but I may have.

1  Q.  Okay.  Would you have told Nurse Plank that
2  she was hurting everywhere?
3  A.  Maybe.  I probably would have just said that
4  she was complaining of pain.
5  Q.  So you were directed by the nurse to
6  administer Tylenol?
7  A.  Or ibuprofen.  I don't recall.
8  Q.  And I take it at this point, that's an
9  over-the-counter strength?
10  A.  Yes, sir.
11  Q.  Okay.  Did you personally take her from the
12  dorm to medical observation?
13  A.  I don't know if I actually put her in cell,
14  but I took her from the dorm to booking where we did the
15  vitals.
16  Q.  Okay.  What, if any, other interaction did you
17  have with Ms. Hulsey after that?
18  A.  I don't remember having any further
19  interaction.
20  Q.  Were you ever informed or told about
21  Ms. Hulsey's condition after that day?
22  A.  I understood that she went to the hospital.
23  Q.  Okay.  And that was the next day, on the 12th?
24  A.  I'm not sure if it was the next day.  I don't
25  know what days of the week it was.  I might have been

1  Q.  Is that a yes?
2  A.  I'm sorry.  Yes.
3  Q.  Do you know why you called the nurse as
4  opposed to the sergeant?
5  A.  I guess he wasn't there.  I'm not sure.
6  Q.  Okay.  Would it normally have been the
7  sergeant that would have called then?
8  A.  Whoever the supervisor was.
9  Q.  Okay.  So it's always the supervisor?
10 A.  Not always.  For example, Harley was an
11 extension of me, really.  She would have done some of
12 that sort of thing from time to time.
13 Q.  All right.  So it's possible that the sergeant
14 wasn't there, but it's also possible he was, but you
15 were the one taking charge of that situation?
16 A.  Yes, sir.
17 Q.  Okay.
18 A.  And I'm sure there's some way to find out.  He
19 might have been on vacation or something.
20 Q.  We have logs.  We can look at that.
21 A.  Sure.
22 Q.  What observations or information do you recall
23 regarding Ms. Hulsey having bowel movements?
24 A.  I just heard that she had soiled some uniforms
25 on at least two occasions that I heard of.  It wasn't

anything that happened on my shift that I recall for certain, but I do remember hearing about it.

Q. All right. Do you know if that was also information you conveyed to the nurse during that phone call?

A. It hadn't happened at that point in time.

Q. Do you recall making any observations of Ms. Hulsey while she was in med watch?

A. I'm sure I did, but I don't remember anything specific.

Q. Do you recall if Jeff Key was on shift with you at that time?

A. I believe so.

Q. Okay. Do you know why he noted that Ms. Hulsey was crying at about 9:50 p.m. on the 11th?

A. I'm not sure.

Q. What, if anything, did Ms. Hulsey tell you about her condition?

A. I don't really think she told me anything other than she was just in pain.

Q. Do you recall her having her tongue out --

A. No.

Q. -- and having difficulty talking with her tongue out?

A. No.

1  A. I don't remember it that way.
2  Q. Okay. I assume not, but let me just ask the
3  question, just to be sure. Is the fact that a call
4  comes in over the intercom, is that logged in any way?
5  A. No, no. It's just so we can respond.
6  Q. If the event that you're responding to
7  requires logging --
8  A. Sure.
9  Q. -- then you would log it?
10 A. Sure.
11 Q. Okay. Do you know if you logged your
12 interaction with Ms. Hulsey on the 11th?
13 A. I don't think I wrote anything in the booking
14 logbook, no.
15 Q. Is there any other type of log that you would
16 keep that would have a record of what was done for her?
17 A. Other than the move, no.
18 Q. Okay. When a call goes in to the nurse, is
19 that logged at all?
20 A. I didn't.
21 Q. Do you know if your policy and procedures
22 requires that to be reported?
23 A. I don't. I know I did it for years without
24 getting in trouble, so I figured it was okay.
25         MR. MOSELEY: I believe those are my