```
 1           IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
 2                   NASHVILLE DIVISION

 3  MARGARET CRAIG, as next of    )
    kin and personal              )
 4  representative of the estate  )
    of Angela Hulsey,             )
 5                                )
              Plaintiff           )
 6                                )
    vs.                           ) Case No. 3:17-cv-01335
 7                                ) JURY DEMAND
                                  ) JUDGE CAMPBELL
 8  CHEATHAM COUNTY, TENNESSEE,   ) MAGISTRATE HOLMES
    BEN MOORE, MARK BRYANT,       )
 9  STEPHANIE GIZZI-BELL, JESSICA )
    PLANK, et al.,                )
10                                )

11            Defendants
```

---

**The deposition of**

**TASHIA BIGGS**

**December 12, 2018**

---

CHERYL H. CARTER, RPR, LCR, CCR
Accurate Court Reporting
P.O. Box 682683
Franklin, TN 37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

1  what time.
2     Q.   All right.  Other than this incident, did you
3  have any other interaction with Ms. Hulsey?
4     A.   Not that stands out.  I'm sure if she was
5  there throughout the days that I worked I would have
6  seen her at some point with her being a female, but
7  that's really the only thing that I remember.
8     Q.   And the Observation and Medical log, as I went
9  through them and you went through them, there were no
10 other indications that you had made an observation of
11 Ms. Hulsey.  Is that fair to say?
12    A.   Yes, sir.  That's correct.
13    Q.   Okay.  Do you recall giving her a shower at
14 any other time than the one that we already talked
15 about?
16    A.   No, sir.
17    Q.   Other than her -- your observations of her
18 having the bowel movement, what -- what physical
19 observations did you have of Ms. Hulsey?
20    A.   She just appeared that she didn't feel well
21 like maybe she was detoxing maybe from her using the
22 restroom on herself.
23    Q.   So you had a belief that she was detoxing?
24    A.   Yes.  That's what I would have assumed, yes,
25 sir.