```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION

MARGARET CRAIG, as next of     )
kin and personal               )
representative of the estate   )
of Angela Hulsey,              )
                               )
          Plaintiff            )
                               )
vs.                            )  Case No. 3:17-cv-01335
                               )  JURY DEMAND
                               )  JUDGE CAMPBELL
CHEATHAM COUNTY, TENNESSEE,    )  MAGISTRATE HOLMES
BEN MOORE, MARK BRYANT,        )
STEPHANIE GIZZI-BELL, JESSICA  )
PLANK, et al.,                 )
                               )

          Defendants
```

_____

**The deposition of**

**JEFF KEY**

**December 12, 2018**

_____

CHERYL H. CARTER, RPR, LCR, CCR
Accurate Court Reporting
P.O. Box 682683
Franklin, TN 37068
(615) 244-DEPO or 244-3376
www.ACR-Nashville.com

```
 1             MS. KELLY:  Yeah.
 2             THE WITNESS:  Sorry.  I saw one that --
 3             MR. MOSELEY:  We're here to get information.
 4  That's not -- we'll go off the record while she does
 5  that.
 6             (Recess taken, 1:17 p.m. to 1:20.)
 7             MR. MOSELEY:  So we took a quick break.  What
 8  we're going to do, we -- there was one page missing from
 9  Mr. Hannah's exhibit that we have been using to identify
10  individual's initials.  I'm going to go ahead and make
11  that Exhibit 2 Exhibit 1 to Mr. Key's deposition.  And
12  then we have the second page we'll make Exhibit 2 to
13  Mr. Key's deposition.
14             And I'll just note that Exhibit 1 has all of
15  the prior witnesses' notations and marks related to
16  their entries that they had.
17             (Observation Cell Record marked Exhibit 1;
18  Medical Watch Inmate Activity Log marked Exhibit 2 to
19  this deposition.)
20      Q.   (By Mr. Moseley)  Mr. Key, you had, I think,
21  one entry in this exhibit for October 11th.
22      A.   Yes, sir.
23      Q.   Tell me the significance of that.
24      A.   On October 11th, at 2150 hours I made my
25  first observation of her in her cell which was 1 and 3,
```

Case 3:17-cv-01335   Document 117-13   Filed 07/03/19   Page 2 of 3 PageID #: 1121

1    A.   Yeah.  Well, she was either at the counter or
2 still sitting in the chair that they were checking her
3 stats at.
4    Q.   You mentioned that she wasn't feeling well.
5         What to your recollection were her symptoms,
6 or what observations did you make of her not feeling
7 well?
8    A.   She was sweating.  She -- she didn't appear to
9 feel well as far as like her -- she looked like she just
10 didn't feel well.  And I guess to explain that, like,
11 she was kind of slumped a little and was just --
12 appeared to feel weak, if you will.
13   Q.   All right.  There was one notation -- and I'm
14 not attributing it to you, but I saw -- it maybe in
15 relation to this same timeframe -- that she may have
16 been panicking?
17   A.   I don't recall her panicking.
18   Q.   Do you recall anything about her breathing at
19 that time?
20   A.   I don't, sir.
21   Q.   Do you recall what her vital signs were?
22   A.   No, sir, I don't.  I do know that -- or I do
23 remember -- I don't know exactly what they were, but
24 they were within normal realm at that point once he
25 called the nurse as I recall.  And I say "normal realm."