on, Burney, Pfieffer | 10/6/16 7th Sgt Adron, Burney, Pfieffer
k Med pass Started | 1041 female security check and Med'l pass completed
k Med pass Completed | 1115 Shawn Dial placed in restraint chair
down. | 1100 Regina wheelock placed on suicide watch
| 1307 female head count security check chow started
| 1316 female head count security check chow complete
chow. | 1330 Booking Security check and Chow All accepted Chow
| 1312 Booked Jeremy Stevens
1 Both laying
1 cell 3 Both | 10/6/16 Temple/Bryant/Johnson 2nd
laying down | 1400 Briefed By 1st Shift. All Equipment Accounted for. Pop Count Big-9 ISO-4 Booking-12
| S. Dial, C. Hinton, R. Wheelock, M. Nelson,
| C. Crouch, S. Luna, B. Newman, J. Black,
| D. Jackson, A. Hulsey, D. Gibbs, J. Shivers, M
| 1410 Released Bobby Holliman to Pardue. MB
se. | 1430 Dispatch Worker in from work. MB
cell 1 Both laying | 1439 Start Female Head Count Security Check
down cell 3 | 1446 Female Head Count Security Check Complete. M
All (3) laying down. | 1459 female head count watching TV, playing
| 1514 CHAIN GANG BACK from Work (RT)
| 1517 LANdfill BACK from Work (RT)
ity check started | 1527 CLEARANCE OLDHAM Released Booked C/S (RT)
ty check completed | 1548 CLEARANCE OLDHAM Released C/S (RT)
| 1605 Release Cindy Hinton to Pardue. MB
| 1620 Dog Pound in from Work. MB
| 1635 Mobile Crisis Here to Evaluate
/ Simple possession | Shawn Dial and Regina Wheelock. MB
| 1737 Female Headcount Tray & Tea Pass Started
| 1750 Female Chow Head Count Complete. MB
ing down all 2 both | 1737 female Big all Accepted trays ISO + LD accepted
cell 4 All (4) laying | 1758 trays - T-dorm all accepted trays
pass started. | 1815 Booked in Edith Jones CCSO. MB

HULSEY 0084

10-6-16 (Con't) 2nd Shift

1826 Booked in Kaitlyn Green False Report (RT)
1841 Booked in James Miller CCSO FTA, MO
2015 Booked Jason Long FTA x 2 (RT)
2015 Booked Christopher Biggs Bondsman off Bond (RT)
2127 Female Headcount Med Pass Started (RT)
2145 Female Headcount Med Pass Started Complete (RT)
10-6-16 Montgomery/Schaeffer 3rd
2200 Rel 2nd Shift, Briefed (MM)
POP FM-9, ISO-4, BK-Damon Jackson, Billy Newman, Jeffery Black, Shawn Dial, Jason Brown, Regina Wheelock, Edith Jon[illegible] Kaitlyn Green, Matthew Nelson, Stacy Lun[illegible] Christian Crouch, Angela Hulsey, Jeremy Shivers, Delorean Gibbs
2214 Booked Shannon Dattilo - Theft over 1000 - Aut[illegible] Country
2234 Release Kathy Green to Pro[illegible]
2247 Release [illegible] Zogres to P[illegible]
2305 Security Check Began. (JPS)
1 - 1 on bunk. (JPD)
2 - 3 on bunks & mats. (JPS)
3 - 3 on bunks & mats. (JPS)
4 - 6 on bunks & mats, 1 standing, 1 on phone. (JPS)
2306 Security Check Complete. (JPD)
2354 Security Check Began. (JPS)
1 - 1 on bunk. (JPS)
2 - 3 on banks & mats. (JPS)
3 - 3 on bunks & mats. (JPS)
4 - [illegible] on bunks & mats. (JPS)
2356 Security Check Complete. (JPS)
0108 Inmate Newman to shower. (JPS)
0130 Inmate Newman back from shower. (JPS)
0131 Inmate Jackson to shower. (JPS)

2nd Shift 10-6-16 (CON'T) 3RD Shift

INMATE JACKSON BACK FROM SHOWER. (JPS)
INMATE DIAL TO SHOWER. (JPS)
INMATE DIAL BACK FROM SHOWER. (JPS)
SECURITY CHECK BEGAN. (JPS)
1-1 ON BUNK. (JPS)
2-3 ON BUNK & MATS (JPS)
3-3 ON BUNKS & MATS. (JPS)
4-8 ON BUNKS & MATS. (JPS)
SECURITY COMPLETE. (JPS)
Sitting c[illegible] - All s[illegible]
1-1 on Floor
2-3 on Floor
3-3 on Mats
1-9 on Mats
Security Checks of Bonks All s[illegible]
Cell 1 - 1 on Smoke watch
Cell 2 - 3 on Smoke watch
Cell 3 - 3 on Mats
Cell 4 - 9 on Mats
Stacy Lang & Jeremy [illegible] moved to Gen Pop
Booking checks
Cell 1 - 1 on watch
Cell 2 - 3 on watch
Cell 3 - 3 on Mats
Cell 4 - 9 on Matt

Paul 10-7-16

Briefed, Relieved 3rd, Recieved Keys, Tablet, Pop 14 Booking, Big-9, Iso-4, Jason Long, James Miller, Angela Hulsey, Christian Clouch, Shawn Duttilo, Christopher Biggs, Delorean Gibbs, Regina Wheelock, Shawn Dial, Christopher Biggs, Billy Newman, Matthew Nelson, Jeffery Black, De'mon Jackson, Jason Brown - 11

Left margin (partially visible): 2nd Shift / Report / 250 FTA / (RT) / off Bond / (RT) / complete / 3rd / (MM) / Jackson, Billy / Shawn Dial / Edith / Stacy / Hulsey, Jeremy / over 1000 / on Phone. (JPS) / (JPS) / House. (JPS)

Case 3:17-cv-01335 Document 117-14 Filed 07/03/19 Page 3 of 11 PageID #: 1125

10-7-16 241

| | |
|---|---|
| 1st | Reumnow Aynst Geran Johnson |
| 2 standing | Booking population Charlott Buggett, Christopher |
| | Anthony Greaves, Jason Long, James Miller, Christopher |
| Check, meds-1p | Daloran Gibbs, Matthew Nelson, Angela Hilbay, DeHilr Shum |
| Attorney, All others on mats | Regina Wheelock, Shawn Deal, Billy Newman |
| | Jeffery Black, Devon Jackson, Jeson Brown |
| | 402 C-1 Empty C-2-3 all sitting C-3-4 2 sitting |
| mats-1p | 2 laying down C-4-8 5 laying down, 2 sitting |
| | 1 standing, 1 on rail BB |
| urity check + 1p pass-1p | 417 Start Female Head Count Security Check |
| nplete-1p | 410 Dispatch Worker in from Work. MB |
| | 428 Female Head Count Security Check Complete. MB |
| 1p | 442 Released Robert Inman to Community Corrections |
| ds all on mats-1p | 471 Female head count Big laying down res |
| e-1p | ISO: 1 laying down 2 at table ID sitting |
| count-1p | From all resting. Cb |
| ete-1p | 503 Chain Gang in from Work. MB |
| 1p | 523 Start Female Head Count Security Check. |
| Big Dum-1p | 535 Female Mail Head Count and Security |
| 1 at counter, All others on bunks-1p | Check Complete. MB |
| in-1p | FB laying on bunks. |
| Check (LB) | ISO: 1 at table, 2 on bunks, 1 walking |
| OP for not completing | BG: 1 at TV, 1 walking, 6 on bunks |
| | 549 Grand Fill in from Work. MB |
| estic Assault of FTA-1p | 539 Deer Pond in from Work. MB |
| al Summons | 536 Anthony Graves Released to Around the Clock. |
| mmons, Regina Wheelock off | 551 James Miller Released to Produce. MB |
| | 605 Moved Long, Crouch and Nelson to |
| ity check, chow-1p | Population. MB |
| First offense-1p | 711 Brittany Burgess booked Contempt of Court |
| check complete-1p | 732 Female Chow Head Count Started. MB |
| unter, All others on mats-1p | 741 Female Chow Head Count Complete. MB |
| | 745 Chow Served in Booking. MB |
| Johnson, All | 823 Bravo to Church Cr |
| k | 903 Prim Check Cr |
| | 959 Prim Check Complete Cr |

10-7-16 Bryant/Herow/Recsanover/Johnson

2049 Bernita Burgess released Parole (AA)

2112 Starting Female Headcount Security Check

Med Pass (AR)

2131 Female Med pass Head count & Security Check

2131 Moran out for rec & shower no pod

2134 Jason Brown out to Clean Booking

2153 Booked in Thomas Richardson - CCSO. M

10-7-16 Montgomery/Gizzi-Bell 3

2200 Rel 2nd Shift Briefed (MM)

Pop FM-8, ISO-4, BK - Regina Wheelock, Harriett McMinnis, Lorrie Stanulis, Phillip Melton, Shawn Dial, Demon Jackson, Jeffery Black, Bill Newman, Jason Brown, Angela Hulsey, Shannon Dattilo, Chris Biggs, Charlotte Baggett, (MM)

2157 Booked Thomas Richardson - Contempt of

2259 Rel Thomas Richardson - A Around the Cl

2318 Jason Brown out for shower (MM)

2335 Moved Matthew Nelson ~~out for~~ moved to Booking after being put in Every

2252 Black out for shower (MM)

2340 late Christopher ~~Biggs~~ MM Biggs out for Sho

2250 late Security Check of Booking by Schaef

2356 Security Check of Booking by Schaef

0010 Black & Brown out for Rec (MM)

0016 Booked Jeremy Shivers - Contempt of Co

0139 Moved Shannon Dattilo to Big Dorm

0201 Security Check of Booking by Dep Schaeffer. Moved Delorean Gibb to Big

0030 late ~~Bi~~ MM Billy Newman out for Shower

0204 Shaun Dial Refused Shower (MM)

0220 Demon Jackson out for Shower with Dep Schaeffer (MM)

10-8-16 Montgomery Cont.

Moved Charlotte Baggett to Big Dorm (MM)

Angela Hulsey out for Shower (MM)

Security Check of Booking by Dep Schaeffer

Jeffery Black + Jason Brown's Clothes back from Laundry (MM)

Security Check of Booking by Dep Schaeffer

Security Check of Booking by Dep Schaeffer

10-8-16 Paul B 1st

Briefed, Relieved 3rd, Recieved Taser+Keys/Pop - Booking 15, Big -9, Iso 4,

Crystal weston, Christopher Biggs, Matthew Nelson, Angela Hulsey, Rhoneshia Vaughn

Reginal Wheelock, Kyle Stanulis, Harriett McMinnis, Jason Brown, Billy Newman

Jeffery Black, Deshun Jackson, Shawn Dial, Phillip Melton

Security Check of Booking + All on mats - JP

Start female head count + security check, meds - JP

Security check of Booking - 15 heads, All on mats Relaxed - JP

Female security check, head count, meds complete - JP

Start Booking chow - JP

Booking chow completed - JP

Released Phillip melton to Freebird Bonding - JP

Start Female chow - JP

Female chow completed - JP

Security check of Booking - 14 heads - All Relaxed and on mats JP

Start Perimeter check - JP

Perimeter check of facility complete - JP

Booked in Sean Dixon on criminal littering and Evading arrest - JP

took vitals on Angela Hulsey BP 144/94, O2 99, Pulse 70

Released Rhoneshia Vaughn to lloyd Harris Bonding - JP

Security check of Booking - 13 heads all on mats - JP

Released Sean Dixon to Pardue Bonding - JP

Security check of Booking 13 heads - All on mats Relaxed - JP

Start facility Perimeter check JP

facility Perimeter check complete - JP

Start ~~mats~~ Booking Chow - J

10-8-16 Paul

1145 Late start Female chow + security check - JP
1155 Late Female chow + security check complete - JP
1214 Start Female security check + head count - JP
1227 Security check of Booking - 13 heads - All inmates JP
1228 Female security check + head count complete - JP
1310 Security check of Booking - 13 heads - All inmates JP
1329 Start female security check + headcount - JP
1345 Female head count + security check complete - JP
1400 2nd shift oct 8 2016 Cpl. mark Bryant, Dusty King on post; all equipment present; following inmates in booking: mathew Nelson, Christopher Biggs, angel Hulsey, stephie [illegible], Crystal Weston, Regina Wheelock, Shawna Deal, Lorrie [illegible], Harlett McMinnis, Jason Brown, Billy Newman, Jeffery Black, Demon Jackson
1411 Start Female Head Count and Security Check. MB
1420 Female Head Count and Security Check is Complete. MB
1504 Fields Workers Back in from Work. MB
1506 Start Female Head Count and Security Check. MB
1510 Female Head Count Security Check is Complete. MB
150: Writing, on phone, resting
Big: resting, writing
1: doing laundry, on phone, resting
1600 Land Fill in from Work. MB
1637 Dog Pound in from work. MB
1641 Start Female Chow Head Count. MB
1655 Female Chow Head Count Complete. MB

Case 3:17-cv-01335 Document 117-14 Filed 07/03/19 Page 7 of 11 PageID #: 1129

10/8/16 Bryant / King 2nd

Served Chow in Booking. MB

Perimiter check started JM

Perimiter check complete

Booking Security Check Completed. MB

Cell(1) 1 male laying on bunk MB

Cell(2) 2 males laying/sitting on bunk MB

Cell 3) 6 females laying on mats. MB

Cell 4) 4 males 1 phone 3 laying on mats MB

Female Head Count Security Check Complete MB

Jason Brown Out to Clean Booking. MB

Stephanie Mercum out for Rec in Dorm. MB

Stephanie Marcum done with rec JM

Booking Security Check MB

Cell(1) 1 male laying on mat. MB

Cell(2) 2 males laying/sitting on bunk. MB

Cell 3) 6 females laying/sitting on mats. MB

Cell 4) 4 males laying/sitting on mats. MB

Start Female Med's Security Check and Head Count. MB

Female med pass/Security check/Head count completed

Booked in Gary Wayne Taylor. CCSO. MB

Booked in Molly McDadd. CCSO. MB

10-8-16 Montgomery / Schaeffer 3rd

0200 Rel and Shift Briefed (MM)

FM-9, ISO-4, BK- Lorrie Stanulis, Harriett Nelson, Crystal Weston, Stephanie Newland, Billy Newman, Demon Jackson, Jeffery Black, Jason Brown, Shawn Dial, Angela Hulsey, Regina Wheelock, Christopher Biggs, Molly McDode, Gary Taylor (MM)

0200 Rel Gary Taylor - Pardue

0217 Security Check of Booking by Dep Schaeffer (MM)

10-8-16 Montgomery Cart

2320 Newman, ~~Jason~~ Billy Out for Shower (MM)
2341 Jason Brown to Outdoor rec All other Booking inmates Refused Rec (MM)
2344 Angela Hulsey out for Shower (MM)
0000 Stephanie Newland + Crystal Weston Refused Showers (MM)
0006 Jeffery Black + Christopher Biggs Refused Shower (MM)
0105 Security Check of Booking by Dep Schaeffer
0109 Jason Brown back from Rec. in Shower
0130 Rel Charlotte Baggett - Grumpy's B
0209 Security Check at Booking by Dep Schaeffer
0245 Susan Winters taken to Booking she was having Suicidal Thoughts (MM)
0316 Moble Crisis + Nurse Were Notified about Susan Winters (MM)
0412 Security Check of Booking by Dep Schaeffer
0547 Centerstone's Mobile Crisis in to see Susan Winters (MM)

10-9-16 Paul/Biggs

0600 Briefed, Relieved 3rd, Recieved Tazer /Pop-16 Booking, 9-Big, I10-4... Mary Wallace, Molly McDade, Susan Winters, Regina Wheelock, Angela hulsy, Christopher Biggs, Shawn Dial, Jason Brown, Jeffery Black, De'mon Jackson, Billy Newman, Stephanie Newland, Crystal weston, Matthew Nelson, Harriett McMinn, Lorrie Standlis -JP
0600 Booked in Mary Wallace on Driving on Revoked -JP
0600 Security check of Booking -16 head | on counter all others on mats
0600 Mobile Crises to See Susan Winters -JP
0700 Security check of Booking -16 heads. 1 Bonding out, All others on mats
0705 Released Mary Wallace to Lloyd Houcy Bonding -JP
0657 (Late) Start female meds, head count, security check -JP
0717 Female headcount, security check, meds complete -JP
0738 Start female chow -JP

14

Paul 1st

10-9-16

Female chow complet. Booking chow served. -Jp

Security check of Booking- 15 heads, All on mats-Jp

Start facility perimeter check-Jp

Perimeter check complete-Jp

Start booking security check DRH

cell 1 sitting by door, cell 2 Both asleep

cell 3 using phone all others on mats DRH

cell 4 all on mats DRH

Booking Security check complete DRH

Released: 48 hrs Michael Blowe -Jp

Security check of Booking - All on mats-Jp

Start female head count + security check-Jp

female head count + Security check complete-Jp

Security check of Booking -15 heads, All on mats-Jp

Start Booking Chow-Jp

Booked In Allen Barnes on Agg. Assault-Jp

Booking chow complete-Jp

Booked in Crystal white on Criminal Summons-Jp

Released crystal winters on criminal summons-Jp

10-9-16 Temple/Key 2nd shift

Relieved 1st shift Recieved Keys And Briefed

POP Booking - 16 Big - 8 ISO - 4

Booking SHAION Dial, Crystal Weston, Matthew Nelson

Harriett McMinnis, Lonnie Standis, Jason Brown

Jeffrey Black, Demon Jackson, Billy Newman

Stephanie Newland, Regina Wheelock, Angela Hulsey

Christopher Biggs, Molly McCrady, Susan Winters

Allen Barnes Released Pardue Bonding ET

Booking Security Check Cell-1 Sitting on Bunk;

Cell 2 2 males 1 Talking 1 sitting Cell-3 6 Female

sitting Down Cell-4 5 Males Laying Down RT

10-9-16 (Con't) 2nd Shift

1505 Booking Security Check Cell-1 1 Female Sitting By Door
✓ cell-2 2 Male Talking Cell-3 6 Females Laying Down Cell-4
✓ 5 males 3 Laying Down 2 Talking (RT)
1617 Reed, Kelly and Proctor, Robert released 48 Hr
1626 Dog Pound Back from Work (RT)
1720 Landfill Back from Work (RT)
1719 Jeremy Greenwood Weekender Released Time served
1817 Booking Served Dinner Security Check Cell-1
✓ Eating Dinner, Cell-2 Eating Dinner, Cell-3 Eating
✓ Dinner, Cell-4 Eating Dinner (RT)
1930 AA Started With ISO (RT)
1932 Booking Security Check Cell-1 1 Female Standing
✓ At Door Cell-2 2 males 1 Laying Down 1 Standing
✓ cell-3 5 Females 3 Laying Down & Talking Cell-4
✓ 3 Males Talking (RT)
2021 AA Complete (RT)
2040 Booking Security Check Cell-1 Sitting At Door
✓ Cell-2 2 males Talking, cell-3 5 Female Talking
✓ cell-4 3 Males Talking (RT)
2145 Molly McDade Release Grumpy's Bail Bond (RT)

10-9-16 Barnum / Burney 3rd

2200 Relieved 2nd Shift of All duties All equipment accounted for. Booking POP - Weston crystal, Newland Stephanie, Hulsey Angela, Wheelock Regina, Black Jeffery, Jackson, Dea Nelson Matthew, Winters Susan, Newkirk Bo Brown [illegible]. Booking Security check Cell 1 laying down cell 2 both laying down cell 3 All 4 sitting down cell 4 1 standing the others laying down
female head count and Security check Sta
female head count and Security check complete