IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET CRAIG, as next of kin and Personal representative of the estate of Angela Hulsey, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Case No. 3:17-cv-01335<br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |
| CHEATHAM COUNTY, TENNESSEE, BEN MOORE, MARK BRYANT, STEPHANIE GIZZI-BELL, JESSICA PLANK; KEITH PFEIFFER, MICHAEL MONTGOMERY, JUSTIN PAUL; BRANDON REASONOVER; TASHA BIGGS; HARLEY GEROW; JOSH MARRIOTT; JEFFREY GOAD; JUDY KING; ROGER TEMPLE; JEFFY KEY; JAMES BARNUM; and JOHN DOES 1 and 2, ) ) ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. ) | |

___

**NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE**
___

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and Defendants stipulate to the voluntary dismissal with prejudice of the Defendants. The parties will be responsible for their own discretionary costs and expenses.

Respectfully submitted,

*/s/ James Bryan Moseley*
James Bryan Moseley, #21236
Moseley & Moseley
237-D Castlewood Drive
Murfreesboro, TN 37219
(615) 254-0140
(615) 244-2270 (fax)
Bryan.Moseley@moseleylawfirm.com


*/s/ Raymond T. Throckmorton, III*
Raymond T. Throckmorton, #16313
2016 8th Avenue South
Nashville, TN 37204
(615) 297-1009
(615) 244-2270 (fax)
rttiii@bellsouth.net

*Attorneys for the Plaintiff*



DICKINSON WRIGHT PLLC

By: */s/ Jeffrey M. Beemer*
Jeffrey M. Beemer, #17247
424 Church Street, Suite 800
Nashville, TN 37219
Phone: (615) 244-6538
Fax: (615) 256-8386
Email: jbeemer@dickinsonwright.com

*Attorneys for Defendant Cheatham County, Tennessee*

FARRAR & BATES, LLP

*/s/ Robyn Beale Williams*
Robyn Beale Williams, #19736
Cassandra M. Crane, #34889
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
(615) 254-9835
robyn.williams@farrar-bates.com
cassandra.crane@farrar-bates.com

*Attorneys for Defendants Ben Moore,*
*Mark Bryant, Justin Paul, Tasha Biggs,*
*Harley Gerow and Jeffrey Key*

SPICER RUDSTROM, PLLC

*/s/ Marc O. Dedman*
Marc O. Dedman, # 14044
414 Union Street, Suite 1700
Nashville, TN 37219
(615) 259-9080
(615) 259-1522

*Attorneys for Defendant Jessica Plank*

## CERTIFICATE OF SERVICE

      I certify that a true and exact copy of the foregoing has been served by electronic filing to:

> James Bryan Moseley
> Moseley & Moseley
> 237 Castlewood Drive, Suite D
> Murfreesboro, TN 37219
>
> Raymond T. Throckmorton, III
> 2016 8th Avenue South
> Nashville, TN 37204
>
> Robyn Beale Williams
> Cassandra M. Crane
> Farrar & Bates, LLP
> 211 Seventh Avenue, North
> Suite 500
> Nashville, TN 37219
>
> Marc O. Dedman
> Richard E. Spicer
> Spicer Rudstrom, PLLC
> 414 Union Street
> Suite 1700
> Nashville, TN 37219

Dated: October 2, 2019.

                                                          */s/ Jeffrey M. Beemer*
                                                          Jeffrey M. Beemer

NASHVILLE 38391-783 705145v1