# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARGARET CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:17-cv-01335 |
| ) | |
| CHEATHAM COUNTY, TENNESSEE, ) | JUDGE CAMPBELL |
| et al., ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the parties' Notice of Stipulation of Dismissal with Prejudice (Doc. No. 127), indicating that all matters in dispute have been resolved. Accordingly, this case is **DISMISSED**, with prejudice. The Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE