# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Margaret Craig

                                                       Plaintiff,

v.                                                                                  Case No.: 3:17−cv−01335

Cheatham County, Tennessee, et al.

                                                       Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/3/2019 re [128].

                                                                                           Kirk L. Davies
                                                  s/ Megan Gregory, Deputy Clerk